# EXHIBIT 7



**Via FedEx**

December 20, 2016

Mr. Mike Boland
President
Boland Communications, Inc.
16 Rancho Circle
Lake Forest, CA 92630

Dear Mr. Boland:

We understand that Boland Communications, Inc. ("Boland") offers products that include DisplayPort technology, such as the 4K28F, 4K31, 4K55, 4K65, 4K75, 4K84, and 4K98. As a result, Boland needs and will benefit from coverage under our DisplayPort Patent Portfolio License.

By way of background, our DisplayPort Patent Portfolio License was established to provide a convenient alternative for obtaining coverage under essential patents from multiple patent owners in a single License. The patents in our License have been evaluated by independent patent experts and were found to be essential to the DisplayPort Standards for which the License is offered. Therefore, any company that offers products with DisplayPort technology needs to be licensed under these essential patents and will benefit from the coverage that our DisplayPort License provides.

Normally, Boland would need to negotiate individual licenses directly with each patent owner for all the patents on the enclosed list, but our License makes it easy to obtain coverage from all of these patent owners in a single License. The patent owners are committed to assuring that all users of DisplayPort technology are licensed, so you also may hear from them directly.

5425 Wisconsin Avenue
Suite 801
Chevy Chase, MD 20815
USA
Telephone + 1 301 986 6660
Fax + 1 301 986 8575
www.mpegla.com

For your review, I have enclosed an information packet containing our DisplayPort License, along with background information about MPEG LA. The License is straightforward, but I or Mr. Peppino Kim (pkim@mpegla.com) of my staff will be glad to answer any questions and we stand ready to assist you.

Please let us know how you wish to proceed.

Best regards,

Dean Skandalis
Senior Vice President
Global Licensing & Compliance