# EXHIBIT 8

**Hitachi Maxell, Ltd.**

CN 101572793
JP 4,475,359
JP 4,501,941
JP 4,502,076
JP 4,969,629
JP 5,082,209
JP 5,695,226
US 7,386,216
US 8,064,748
US 8,130,794
US 8,326,129

**Koninklijke Philips N.V.**

CN 101904175
CN 102292995
CN 102292996
JP 5,694,952
JP 5,809,064
MX 305,777
MX 307,217
RU 2536388
RU 2538333
US 9,036,010

**Lattice Semiconductor Corporation**[1]

JP 4,176,643
KR 699,469
US 6,587,525
US 7,088,398

**Rambus Inc.**

US 7,268,706

**Sony Corporation**

JP 3,903,721
JP 4,639,420
JP 5,088,379
JP 5,338,166
US 6,963,968

### **Lattice Semiconductor Corporation**[1]

US 6,151,334 - Expired October 4, 2015

---

[1]Ownership of each of the patents listed under Lattice Semiconductor Corporation was acquired from Silicon Image, Inc. as of March 10, 2015.