# EXHIBIT 10

| December 1, 2018 | DisplayPort Attachment 1 | Page 1 of 3 |

**Koninklijke Philips N.V.**

CN 101904175
CN 102292995
CN 102292996
JP 5,694,952
JP 5,809,064
MX 305,777
MX 307,217
RU 2536388
RU 2538333
TW I517664
US 9,036,010

**Lattice Semiconductor Corporation**

CN 101533379
DE 60 2004 024 718.9
DE 602 27 044.8
FR 1,332,602
FR 1,716,491
GB 1,332,602
GB 1,716,491
JP 4,176,643
KR 699,469
US 7,088,398
US 7,225,282
US 7,500,032

**Maxell, Ltd.**

CN 101572793
JP 4,431,308
JP 4,475,359
JP 4,491,164
JP 4,501,941
JP 4,502,076
JP 4,530,108
JP 4,935,912
JP 4,969,629
JP 5,082,209
JP 5,695,226
JP 5,868,997
JP 5,926,767
JP 6,200,971
US 7,386,216
US 8,064,748
US 8,130,794
US 8,213,630
US 8,229,284

US 8,326,129
US 9,240,897
US 9,336,743

### Rambus Inc.

US 7,268,706

### Sony Corporation

JP 3,903,721
JP 4,639,420
JP 5,088,379
JP 5,338,166
US 6,963,968

### Sun Patent Trust

CN 100356473
CN 1227908
DE 600 42 346.8
FR 1,404,039
GB 1,404,039
IT 1,404,039
JP 3,965,047
JP 4,242,262
US 6,473,374
US 6,584,443
US 6,760,286
US 7,069,224
US 7,359,511

**Lattice Semiconductor Corporation**

US 6,151,334 - Expired October 4, 2015
US 6,587,525 - Expired September 3, 2018