# EXHIBIT 11



| June 1, 2021 | DisplayPort Attachment 1 | Page 1 of 2 |

**Koninklijke Philips N.V.**

CN 101904175
CN 102292995
CN 102292996
DE 602 27 044.8
FR 1,332,602
GB 1,332,602
JP 4,176,643
JP 5,694,952
JP 5,809,064
KR 699,469
KR 1,964,993
MX 305,777
MX 307,217
RU 2536388
RU 2538333
TW I517664
US 6,914,637
US 7,088,398
US 7,225,282
US 7,359,437
US 9,036,010

**Maxell, Ltd.**

CN 101572793
JP 4,431,308
JP 4,501,941
JP 4,530,108
JP 4,935,912
JP 5,082,209
JP 5,695,226
JP 5,868,997
JP 5,926,767
JP 6,200,971
JP 6,249,311
US 7,386,216
US 8,064,748
US 8,130,794
US 8,213,630
US 8,229,284
US 8,326,129
US 9,336,743
US 9,906,828

**Rambus Inc.**

US 7,268,706

**Sony Group Corporation**

DE 60 2009 045 119.7
DE 60 2009 054 550.7
DE 60 2009 060 266.7
DE 60 2009 063 573.5
ES 2,302,925
FR 2,302,925
FR 3,174,288
FR 3,389,262
GB 2,302,925
GB 3,174,288
GB 3,389,262
GB 3,598,743
IT 2,302,925
JP 5,338,166
JP 5,790,859
JP 6,098,678
JP 6,304,417
NL 2,302,925
TW I432014
US 6,963,968
US 9,185,385
US 9,762,887
US 9,807,363
US 10,015,468

**Sun Patent Trust**

CN 1227908
JP 3,965,047
JP 4,242,262
US 7,359,511
US 8,301,018



## Expired Patents

### Maxell, Ltd.

JP 4,475,359 - Exp. Mar 29, 2021
JP 4,491,164 - Exp. Mar 29, 2021
JP 4,502,076 - Exp. Mar 29, 2021
JP 4,969,629 - Exp. Mar 29, 2021
US 9,240,897 - Exp. Feb 7, 2020

### Sony Group Corporation

JP 3,903,721 - Exp. Mar 12, 2021
JP 4,639,420 - Exp. Mar 8, 2020
JP 5,088,379 - Exp. Mar 8, 2020

### Sun Patent Trust

CN 100356473 - Exp. Apr 23, 2020
DE 600 42 346.8 - Exp. Apr 20, 2020
FR 1,404,039 - Exp. Apr 20, 2020
GB 1,404,039 - Exp. Apr 20, 2020
IT 1,404,039 - Exp. Apr 20, 2020
US 6,473,374 - Exp. Jan 16, 2021
US 6,584,443 - Exp. Apr 19, 2020
US 6,760,286 - Exp. Aug 28, 2020
US 7,069,224 - Exp. Apr 19, 2020



Page 1 of 1

# Addendum of Patents of Terminated Licensors

Each patent listed below was contributed to the DisplayPort Patent Portfolio Licensing Program by an entity that has terminated as a licensor from the DisplayPort Patent Portfolio Licensing Program.  For as long as they continue to be a Licensee, those Licensees with a DisplayPort Patent Portfolio License in effect prior to the date of termination retain their license under the respective patent and all DisplayPort Essential Patents that the Licensor and its Affiliates presently or in the future has the right to license or sublicense after the indicated termination date.

**Lattice Semiconductor Corporation (terminated October 15, 2020)**

CN 101533379
DE 60 2004 024 718.9
FR 1,716,491
GB 1,716,491
US 6,151,334
US 6,587,525
US 7,500,032