# EXHIBIT 12



**June 1, 2024**     **DisplayPort Attachment 1**                                    **Page 1 of 2**

**General Video, LLC**

CN 101904175
CN 102292995
CN 102292996
JP 5,694,952
JP 5,809,064
KR 1,964,993
MX 305,777
MX 307,217
RU 2536388
RU 2538333
TW I517664
US 7,225,282
US 7,359,437
US 8,301,018
US 9,036,010
US 9,462,258
US 9,843,786

FR (EP 3,389,262)
GB (EP 2,302,925)
GB (EP 3,174,288)
GB (EP 3,389,262)
GB (EP 3,598,743)
IT (EP 2,302,925)
JP 5,338,166
JP 5,790,859
JP 6,098,678
JP 6,304,417
NL (EP 2,302,925)
TW I432014
US 9,185,385
US 9,762,887
US 9,807,363
US 10,015,468

**Maxell, Ltd.**

CN 101572793
JP 5,082,209
JP 5,695,226
JP 5,868,997
JP 5,926,767
JP 6,200,971
JP 6,249,311
US 7,386,216
US 8,064,748
US 8,130,794
US 8,213,630
US 9,906,828

**Rambus Inc.**

US 7,268,706

**Sony Group Corporation**

CN 102883215
DE (EP 2,302,925)
DE (EP 3,174,288)
DE (EP 3,389,262)
DE (EP 3,598,743)
ES (EP 2,302,925)
FR (EP 2,302,925)
FR (EP 3,174,288)



## Expired Patents

### General Video, LLC

CN 1227908 - Exp. Dec 17, 2021
CN 100356473 - Exp. Apr 23, 2020
DE (EP 1,332,602) - Exp. Sep 11, 2022
DE (EP 1,404,039) - Exp. Apr 20, 2020
DE (EP 1,486,056) - Exp. Dec 5, 2022
FR (EP 1,332,602) - Exp. Sep 11, 2022
FR (EP 1,404,039) - Exp. Apr 20, 2020
FR (EP 1,486,056) - Exp. Dec 5, 2022
GB (EP 1,332,602) - Exp. Sep 11, 2022
GB (EP 1,404,039) - Exp. Apr 20, 2020
GB (EP 1,486,056) - Exp. Dec 5, 2022
IT (EP 1,404,039) - Exp. Apr 20, 2020
JP 3,965,047 - Exp. Dec 17, 2021
JP 4,176,643 - Exp. Dec 5, 2022
JP 4,242,262 - Exp. Dec 12, 2023
KR 699,469 - Exp. Dec 5, 2022
NL (EP 1,486,056) - Exp. Dec 5, 2022
TR (EP 1,486,056) - Exp. Dec 5, 2022
US 6,473,374 - Exp. Jan 16, 2021
US 6,584,443 - Exp. Apr 19, 2020
US 6,760,286 - Exp. Aug 28, 2020
US 6,914,637 - Exp. Dec 31, 2022
US 7,069,224 - Exp. Apr 19, 2020
US 7,088,398 - Exp. Feb 16, 2024
US 7,359,511 - Exp. Jan 9, 2024

JP 5,088,379 - Exp. Mar 8, 2020
US 6,963,968 - Exp. May 10, 2024

### Maxell, Ltd.

JP 4,431,308 - Exp. Dec 27, 2022
JP 4,475,359 - Exp. Mar 29, 2021
JP 4,491,164 - Exp. Mar 29, 2021
JP 4,501,941 - Exp. Dec 27, 2022
JP 4,502,076 - Exp. Mar 29, 2021
JP 4,530,108 - Exp. Dec 27, 2022
JP 4,935,912 - Exp. Dec 27, 2022
JP 4,969,629 - Exp. Mar 29, 2021
US 8,229,284 - Exp. Mar 25, 2022
US 8,326,129 - Exp. Jun 28, 2022
US 9,240,897 - Exp. Feb 7, 2020
US 9,336,743 - Exp. Mar 25, 2022

### Sony Group Corporation

JP 3,903,721 - Exp. Mar 12, 2021
JP 4,639,420 - Exp. Mar 8, 2020



**June 1, 2024**  **DisplayPort Addendum of Patents of Terminated Licensors**

**Addendum of Patents of Terminated Licensors**

The following listed patents were contributed to the DisplayPort Patent Portfolio by an entity that has since terminated as a Licensor. For as long as they continue to be a Licensee, those Licensees with a license in effect prior to the date of such Licensor's termination retain their license to such Licensor's DisplayPort Patent Portfolio patents (including those listed below) that the Licensor or its Affiliates presently or in the future has the right to license or sublicense (without payment to any third party which is not an Affiliate), including on or after such termination date.



**June 1, 2024**

**DisplayPort Addendum of Patents of Terminated Licensors**

**Page 1 of 1**

**Lattice Semiconductor Corporation (terminated October 15, 2020)**

CN 101533379
DE (EP 1,716,491)
FR (EP 1,716,491)
GB (EP 1,716,491)
US 6,151,334
US 6,587,525
US 7,500,032