# Appendix A - Accused ASUS Products

| Company | Product | Brand | Model | Date Available |
|---|---|---|---|---|
| ASUS | Desktop | ASUS | ASUS S5 MINI TOWER(S501MER) | At least as of July 2024 |
| ASUS | Desktop | ASUS AiO | ASUS(A5402WVA) | At least as of July 2024 |
| ASUS | Desktop | ASUS AiO | ASUS(A5702WVA) | At least as of July 2024 |
| ASUS | Desktop | Chromebox | ASUS Chromebox 4 | At least as of July 2024 |
| ASUS | Desktop | Chromebox | ASUS Chromebox 5 | At least as of July 2024 |
| ASUS | Desktop | Chromebox | ASUS Chromebox 5a | At least as of July 2024 |
| ASUS | Desktop | Chromebox | ASUS Fanless Chromebox CF40 | At least as of July 2024 |
| ASUS | Desktop | Chromebox | ASUS Fanless Chromebox CF66 | At least as of July 2024 |
| ASUS | Desktop | ExpertCenter | ASUS ExpertCenter D5 SFF(D500SD) | At least as of July 2024 |
| ASUS | Desktop | ExpertCenter | ASUS ExpertCenter D7 SFF(D700SER) | At least as of July 2024 |
| ASUS | Desktop | ExpertCenter | ASUS ExpertCenter E1 AiO(E1600) | At least as of July 2024 |
| ASUS | Desktop | ExpertCenter | ExpertCenter D5 SFF(D500SE) | At least as of July 2024 |
| ASUS | Desktop | ExpertCenter | ExpertCenter D7 SFF(D700SD) | At least as of July 2024 |
| ASUS | Desktop | ExpertCenter | ExpertCenter D7 SFF(D700SE) | At least as of July 2024 |
| ASUS | Desktop | NUC | ASUS NUC 12 Pro(12WSX) | At least as of July 2024 |
| ASUS | Desktop | NUC | ASUS NUC 13 Pro(13ANX) | At least as of July 2024 |
| ASUS | Desktop | NUC | ASUS NUC 14 Performance(14SRK) | At least as of July 2024 |
| ASUS | Desktop | NUC | ASUS NUC 14 Pro(14RVX) | At least as of July 2024 |
| ASUS | Desktop | NUC | ASUS NUC 14 Pro+(14RVX) | At least as of July 2024 |
| ASUS | Desktop | NUC | NUC 11 Essential Kit(11ATX) | At least as of July 2024 |
| ASUS | Desktop | NUC | NUC 11 Extreme Kit(11BTM) | At least as of July 2024 |
| ASUS | Desktop | NUC | NUC 11 Performance Kit(11PAH) | At least as of July 2024 |
| ASUS | Desktop | NUC | NUC 11 Pro Kit(11TNX) | At least as of July 2024 |
| ASUS | Desktop | NUC | NUC 12 Enthusiast Kit(12SNK) | At least as of July 2024 |
| ASUS | Desktop | NUC | NUC 12 Enthusiast Mini PC(12SNK) | At least as of July 2024 |
| ASUS | Desktop | NUC | NUC 12 Extreme Kit(12DCM) | At least as of July 2024 |
| ASUS | Desktop | NUC | NUC 12 Pro X Kit(12DCM) | At least as of July 2024 |
| ASUS | Desktop | NUC | NUC 13 Extreme Kit(13RNG) | At least as of July 2024 |
| ASUS | Desktop | NUC | NUC 13 Pro Desk Edition Kit(13VYK) | At least as of July 2024 |
| ASUS | Desktop | NUC | NUC 13 Pro Desk Edition Mini PC(13VYK) | At least as of July 2024 |
| ASUS | Desktop | NUC | ROG NUC(14SRK) | At least as of July 2024 |
| ASUS | Desktop | PB Seires | ASUS Mini PC(PB63) | At least as of July 2024 |
| ASUS | Desktop | PB Seires | Mini PC(PB62) | At least as of July 2024 |
| ASUS | Desktop | PN Seires | ASUS ExpertCenter(PN42) | At least as of July 2024 |
| ASUS | Desktop | PN Seires | ASUS ExpertCenter(PN52) | At least as of July 2024 |
| ASUS | Desktop | PN Seires | ASUS ExpertCenter(PN53) | At least as of July 2024 |
| ASUS | Desktop | PN Seires | ASUS ExpertCenter(PN64) | At least as of July 2024 |
| ASUS | Desktop | PN Seires | ASUS ExpertCenter(PN64-E1) | At least as of July 2024 |
| ASUS | Desktop | PN Seires | ASUS ExpertCenter(PN65) | At least as of July 2024 |
| ASUS | Desktop | PN Seires | Mini PC(PN41-S1) | At least as of July 2024 |
| ASUS | Desktop | PN Seires | Mini PC(PN50) | At least as of July 2024 |
| ASUS | Desktop | ProArt Station | ASUS ProArt Staton PD5(PD500TE) | At least as of July 2024 |

# Appendix A - Accused ASUS Products

| Company | Product | Brand | Model | Date Available |
|---|---|---|---|---|
| ASUS | Desktop | ROG | ROG Strix GA15(G15DK) | At least as of July 2024 |
| ASUS | Desktop | ROG | ROG Strix(G10CE) | At least as of July 2024 |
| ASUS | Desktop | ROG | ROG Strix(G10DK) | At least as of July 2024 |
| ASUS | Desktop | ROG | ROG Strix(G13CH) | At least as of July 2024 |
| ASUS | Desktop | ROG | ROG Strix(G13CHR) | At least as of July 2024 |
| ASUS | Desktop | ROG | ROG Strix(G15DS) | At least as of July 2024 |
| ASUS | Desktop | ROG | ROG Strix(G16CHR) | At least as of July 2024 |
| ASUS | Desktop | ROG | ROG(G22CH) | At least as of July 2024 |
| ASUS | Desktop | VivoMini | VivoMini VC68V Mini PC | At least as of April 11, 2020 |
| ASUS | Graphics Card | ASUS | ASUS GeForce GTX 1050Ti 4GB PHOENIX Fan Edition DVI-D HDMI DP 1.4 | At least as of May 3, 2018 |
| ASUS | Graphics Card | ASUS | ASUS GeForce RTX 3050 LP BRK OC Edition 6GB GDDR6 | At least as of July 2024 |
| ASUS | Graphics Card | ASUS | ASUS GeForce RTX 3070 Noctua Edition 8GB GDDR6 | At least as of July 2024 |
| ASUS | Graphics Card | ASUS | ASUS GeForce RTX 4060 LP BRK OC Edition 8GB GDDR6 | At least as of July 2024 |
| ASUS | Graphics Card | ASUS | ASUS GeForce RTX 4080 SUPER 16GB GDDR6X Noctua OC Edition | At least as of July 2024 |
| ASUS | Graphics Card | ASUS | ASUS Radeon RX 7900 XT 20GB GDDR6 | At least as of July 2024 |
| ASUS | Graphics Card | Dual | ASUS Dual GeForce GTX 1650 4GB GDDR6 EVO | At least as of July 2024 |
| ASUS | Graphics Card | Dual | ASUS Dual GeForce GTX 1650 V2 4GB GDDR6 | At least as of July 2024 |
| ASUS | Graphics Card | Dual | ASUS Dual GeForce RTX 3050 6GB GDDR6 | At least as of July 2024 |
| ASUS | Graphics Card | Dual | ASUS Dual GeForce RTX 3050 OC Edition 6GB GDDR6 | At least as of July 2024 |
| ASUS | Graphics Card | Dual | ASUS Dual GeForce RTX 3050 OC Edition 8GB | At least as of July 2024 |
| ASUS | Graphics Card | Dual | ASUS Dual GeForce RTX 3050 V2 OC Edition 8GB GDDR6 | At least as of July 2024 |
| ASUS | Graphics Card | Dual | ASUS Dual GeForce RTX 3060 8GB GDDR6 | At least as of July 2024 |
| ASUS | Graphics Card | Dual | ASUS Dual GeForce RTX 3060 OC Edition 8GB GDDR6 | At least as of July 2024 |
| ASUS | Graphics Card | Dual | ASUS Dual GeForce RTX 3060 White OC Edition 8GB GDDR6 | At least as of July 2024 |
| ASUS | Graphics Card | Dual | ASUS Dual GeForce RTX 4060 EVO OC Edition 8GB GDDR6 | At least as of July 2024 |
| ASUS | Graphics Card | Dual | ASUS Dual GeForce RTX 4060 OC Edition 8GB GDDR6 | At least as of July 2024 |
| ASUS | Graphics Card | Dual | ASUS Dual GeForce RTX 4060 Ti 16GB GDDR6 | At least as of July 2024 |
| ASUS | Graphics Card | Dual | ASUS Dual GeForce RTX 4060 Ti EVO OC Edition 16GB GDDR6 | At least as of July 2024 |
| ASUS | Graphics Card | Dual | ASUS Dual GeForce RTX 4060 Ti EVO OC Edition 8GB GDDR6 | At least as of July 2024 |
| ASUS | Graphics Card | Dual | ASUS Dual GeForce RTX 4060 Ti OC Edition 8GB GDDR6 | At least as of July 2024 |
| ASUS | Graphics Card | Dual | ASUS Dual GeForce RTX 4060 Ti SSD OC Edition 8GB GDDR6 | At least as of July 2024 |
| ASUS | Graphics Card | Dual | ASUS Dual GeForce RTX 4060 Ti White Edition 8GB GDDR6 | At least as of July 2024 |
| ASUS | Graphics Card | Dual | ASUS Dual GeForce RTX 4060 Ti White OC Edtion 8GB GDDR6 | At least as of July 2024 |
| ASUS | Graphics Card | Dual | ASUS Dual GeForce RTX 4060 V2 OC Edition 8GB GDDR6 | At least as of July 2024 |
| ASUS | Graphics Card | Dual | ASUS Dual GeForce RTX 4060 White Edition 8GB GDDR6 | At least as of July 2024 |
| ASUS | Graphics Card | Dual | ASUS Dual GeForce RTX 4060 White OC Edition 8GB GDDR6 | At least as of July 2024 |
| ASUS | Graphics Card | Dual | ASUS Dual GeForce RTX 4070 EVO OC Edition 12GB GDDR6X | At least as of July 2024 |
| ASUS | Graphics Card | Dual | ASUS Dual GeForce RTX 4070 EVO White OC Edition 12GB GDDR6X | At least as of July 2024 |
| ASUS | Graphics Card | Dual | ASUS Dual GeForce RTX 4070 OC Edition 12GB GDDR6X | At least as of July 2024 |
| ASUS | Graphics Card | Dual | ASUS Dual GeForce RTX 4070 SUPER 12GB GDDR6X | At least as of July 2024 |
| ASUS | Graphics Card | Dual | ASUS Dual GeForce RTX 4070 SUPER EVO OC Edition 12GB GDDR6X | At least as of July 2024 |
| ASUS | Graphics Card | Dual | ASUS Dual GeForce RTX 4070 SUPER OC Edition 12GB GDDR6X | At least as of July 2024 |

# Appendix A - Accused ASUS Products

| Company | Product | Brand | Model | Date Available |
|---|---|---|---|---|
| ASUS | Graphics Card | Dual | ASUS Dual GeForce RTX 4070 SUPER White Edition 12GB GDDR6X | At least as of July 2024 |
| ASUS | Graphics Card | Dual | ASUS Dual GeForce RTX 4070 SUPER White OC Edition 12GB GDDR6X | At least as of July 2024 |
| ASUS | Graphics Card | Dual | ASUS Dual GeForce RTX 4070 Ti SUPER 16GB GDDR6X | At least as of July 2024 |
| ASUS | Graphics Card | Dual | ASUS Dual GeForce RTX 4070 Ti SUPER OC Edition 16GB GDDR6X | At least as of July 2024 |
| ASUS | Graphics Card | Dual | ASUS Dual GeForce RTX 4070 White Edition 12GB GDDR6X | At least as of July 2024 |
| ASUS | Graphics Card | Dual | ASUS Dual GeForce RTX 4070 White OC Edition 12GB GDDR6X | At least as of July 2024 |
| ASUS | Graphics Card | Dual | ASUS Dual Radeon RX 560 | At least as of July 2024 |
| ASUS | Graphics Card | Dual | ASUS Dual Radeon RX 6400 | At least as of July 2024 |
| ASUS | Graphics Card | Dual | ASUS Dual Radeon RX 6600 | At least as of July 2024 |
| ASUS | Graphics Card | Dual | ASUS Dual Radeon RX 6600 V2 8GB GDDR6 | At least as of July 2024 |
| ASUS | Graphics Card | Dual | ASUS Dual Radeon RX 6650 XT OC Edition 8GB GDDR6 | At least as of July 2024 |
| ASUS | Graphics Card | Dual | ASUS Dual Radeon RX 7600 OC Edition 8GB GDDR6 | At least as of July 2024 |
| ASUS | Graphics Card | Dual | ASUS Dual Radeon RX 7600 V2 OC Edition 8GB GDDR6 | At least as of July 2024 |
| ASUS | Graphics Card | Dual | ASUS Dual Radeon RX 7600 XT OC Edition 16GB GDDR6 | At least as of July 2024 |
| ASUS | Graphics Card | Dual | ASUS Dual Radeon RX 7700 XT OC Edition 12GB GDDR6 | At least as of July 2024 |
| ASUS | Graphics Card | Dual | ASUS Dual Radeon RX 7800 XT OC Edition 16GB GDDR6 | At least as of July 2024 |
| ASUS | Graphics Card | Dual | ASUS Dual Radeon RX 7900 GRE OC Edition 16GB GDDR6 | At least as of July 2024 |
| ASUS | Graphics Card | Dual | Dual GeForce RTX 3060 V2 | At least as of July 2024 |
| ASUS | Graphics Card | Dual | Dual GeForce RTX 3060 V2 OC Edition | At least as of July 2024 |
| ASUS | Graphics Card | Dual | DUAL-GTX1660S-O6G-EVO | At least as of July 2024 |
| ASUS | Graphics Card | Dual | DUAL-RX580-O8G | At least as of July 2024 |
| ASUS | Graphics Card | Phoenix | ASUS Phoenix GeForce GTX 1650 4GB GDDR6 V2 | At least as of July 2024 |
| ASUS | Graphics Card | Phoenix | ASUS Phoenix GeForce GTX 1650 EVO 4GB GDDR6 | At least as of July 2024 |
| ASUS | Graphics Card | Phoenix | ASUS Phoenix GeForce GTX 1650 EVO OC Edition 4GB GDDR6 | At least as of July 2024 |
| ASUS | Graphics Card | Phoenix | ASUS Phoenix GeForce RTX 3050 8GB | At least as of July 2024 |
| ASUS | Graphics Card | Phoenix | ASUS Phoenix GeForce RTX 3050 EVO 8GB GDDR6 | At least as of July 2024 |
| ASUS | Graphics Card | Phoenix | ASUS Phoenix GeForce RTX 3050 V2 8GB GDDR6 | At least as of July 2024 |
| ASUS | Graphics Card | Phoenix | GeForce® GTX 1050Ti 4GB PHOENIX Fan Edition DVI-D HDMI DP 1.4 | At least as of May 2018 |
| ASUS | Graphics Card | Phoenix | PH-550-2G | At least as of July 2024 |
| ASUS | Graphics Card | Phoenix | PH-GTX1050TI-4G | At least as of July 2024 |
| ASUS | Graphics Card | Phoenix | PH-GTX1650-O4G | At least as of July 2024 |
| ASUS | Graphics Card | Phoenix | PH-GTX1650-O4GD6 | At least as of July 2024 |
| ASUS | Graphics Card | Phoenix | PH-GTX1660S-O6G | At least as of July 2024 |
| ASUS | Graphics Card | Phoenix | Phoenix GeForce RTX 3060 | At least as of July 2024 |
| ASUS | Graphics Card | Phoenix | Phoenix GeForce RTX 3060 V2 | At least as of July 2024 |
| ASUS | Graphics Card | ProArt | ProArt GeForce RTX 4060 OC edition 7GB GDDR6 | At least as of July 2024 |
| ASUS | Graphics Card | ProArt | ProArt GeForce RTX 4060 Ti 16GB GDDR6 | At least as of July 2024 |
| ASUS | Graphics Card | ProArt | ProArt GeForce RTX 4060 Ti Advanced edition 16GB GDDR6 | At least as of July 2024 |
| ASUS | Graphics Card | ProArt | ProArt GeForce RTX 4060 Ti OC edition 16GB GDDR6 | At least as of July 2024 |
| ASUS | Graphics Card | ProArt | ProArt GeForce RTX 4070 OC edition 12GB GDDR6X | At least as of July 2024 |
| ASUS | Graphics Card | ProArt | ProArt GeForce RTX 4070 SUPER 12GB GDDR6X | At least as of July 2024 |
| ASUS | Graphics Card | ProArt | ProArt GeForce RTX 4070 SUPER 12GB GDDR6X OC Edition | At least as of July 2024 |

# Appendix A - Accused ASUS Products

| Company | Product | Brand | Model | Date Available |
|---|---|---|---|---|
| ASUS | Graphics Card | ProArt | ProArt GeForce RTX 4070 Ti 12GB GDDR6X | At least as of July 2024 |
| ASUS | Graphics Card | ProArt | ProArt GeForce RTX 4070 Ti OC edition 12GB GDDR6X | At least as of July 2024 |
| ASUS | Graphics Card | ProArt | ProArt GeForce RTX 4070 Ti SUPER 16GB GDDR6X | At least as of July 2024 |
| ASUS | Graphics Card | ProArt | ProArt GeForce RTX 4070 Ti SUPER 16GB GDDR6X OC Edition | At least as of July 2024 |
| ASUS | Graphics Card | ProArt | ProArt GeForce RTX 4080 SUPER 16GB GDDR6X OC Edition | At least as of July 2024 |
| ASUS | Graphics Card | ROG | ROG Matrix Platinum GeForce RTX 4090 24GB GDDR6X | At least as of July 2024 |
| ASUS | Graphics Card | ROG | ROG Strix GeForce RTX 3050 OC Edition 8GB | At least as of July 2024 |
| ASUS | Graphics Card | ROG | ROG Strix GeForce RTX 3080 12GB GDDR6X OC EVA Edition | At least as of July 2024 |
| ASUS | Graphics Card | ROG | ROG Strix GeForce RTX 3090 24GB GDDR6X OC EVA Edition | At least as of July 2024 |
| ASUS | Graphics Card | ROG | ROG Strix GeForce RTX 4060 8GB GDDR6 | At least as of July 2024 |
| ASUS | Graphics Card | ROG | ROG Strix GeForce RTX 4060 OC Edition 8GB GDDR6 | At least as of July 2024 |
| ASUS | Graphics Card | ROG | ROG Strix GeForce RTX 4060 Ti 16GB GDDR6 | At least as of July 2024 |
| ASUS | Graphics Card | ROG | ROG Strix GeForce RTX 4060 Ti 8GB GDDR6 | At least as of July 2024 |
| ASUS | Graphics Card | ROG | ROG Strix GeForce RTX 4060 Ti 8GB GDDR6 OC Edition | At least as of July 2024 |
| ASUS | Graphics Card | ROG | ROG Strix GeForce RTX 4060 Ti Advanced Edition 16GB GDDR6 | At least as of July 2024 |
| ASUS | Graphics Card | ROG | ROG Strix GeForce RTX 4060 Ti OC Edition 16GB GDDR6 | At least as of July 2024 |
| ASUS | Graphics Card | ROG | ROG Strix GeForce RTX 4070 12GB GDDR6X | At least as of July 2024 |
| ASUS | Graphics Card | ROG | ROG Strix GeForce RTX 4070 12GB GDDR6X OC Edition | At least as of July 2024 |
| ASUS | Graphics Card | ROG | ROG Strix GeForce RTX 4070 SUPER 12GB GDDR6X | At least as of July 2024 |
| ASUS | Graphics Card | ROG | ROG Strix GeForce RTX 4070 SUPER 12GB GDDR6X OC Edition | At least as of July 2024 |
| ASUS | Graphics Card | ROG | ROG Strix GeForce RTX 4070 Ti 12GB GDDR6X | At least as of July 2024 |
| ASUS | Graphics Card | ROG | ROG Strix GeForce RTX 4070 Ti 12GB GDDR6X OC Edition | At least as of July 2024 |
| ASUS | Graphics Card | ROG | ROG Strix GeForce RTX 4070 Ti SUPER 16GB GDDR6X OC Edition | At least as of July 2024 |
| ASUS | Graphics Card | ROG | ROG Strix GeForce RTX 4080 16GB GDDR6X | At least as of July 2024 |
| ASUS | Graphics Card | ROG | ROG Strix GeForce RTX 4080 16GB GDDR6X OC Edition | At least as of July 2024 |
| ASUS | Graphics Card | ROG | ROG Strix GeForce RTX 4080 16GB GDDR6X White Edition | At least as of July 2024 |
| ASUS | Graphics Card | ROG | ROG Strix GeForce RTX 4080 16GB GDDR6X White OC Edition | At least as of July 2024 |
| ASUS | Graphics Card | ROG | ROG Strix GeForce RTX 4080 SUPER 16GB GDDR6X | At least as of July 2024 |
| ASUS | Graphics Card | ROG | ROG Strix GeForce RTX 4080 SUPER 16GB GDDR6X OC Edition | At least as of July 2024 |
| ASUS | Graphics Card | ROG | ROG Strix GeForce RTX 4080 SUPER 16GB GDDR6X White Edition | At least as of July 2024 |
| ASUS | Graphics Card | ROG | ROG Strix GeForce RTX 4080 SUPER 16GB GDDR6X White OC Edition | At least as of July 2024 |
| ASUS | Graphics Card | ROG | ROG Strix GeForce RTX 4090 24GB GDDR6X | At least as of July 2024 |
| ASUS | Graphics Card | ROG | ROG Strix GeForce RTX 4090 24GB GDDR6X OC EVA-02 Edition | At least as of July 2024 |
| ASUS | Graphics Card | ROG | ROG Strix GeForce RTX 4090 24GB GDDR6X White Edition | At least as of July 2024 |
| ASUS | Graphics Card | ROG | ROG Strix GeForce RTX 4090 24GB GDDR6X White OC Edition | At least as of July 2024 |
| ASUS | Graphics Card | ROG | ROG Strix GeForce RTX 4090 BTF OC Edition 24GB GDDR6X | At least as of July 2024 |
| ASUS | Graphics Card | ROG | ROG Strix GeForce RTX 4090 OC Edition 24GB GDDR6X | At least as of July 2024 |
| ASUS | Graphics Card | ROG | ROG Strix LC GeForce RTX 4090 24GB GDDR6X | At least as of July 2024 |
| ASUS | Graphics Card | ROG | ROG Strix LC GeForce RTX 4090 24GB GDDR6X OC Edition | At least as of July 2024 |
| ASUS | Graphics Card | ROG | ROG Strix Radeon RX 6650 XT OC Edition 8GB GDDR6 | At least as of July 2024 |
| ASUS | Graphics Card | ROG | ROG Strix Radeon RX 7600 OC Edition 8GB GDDR6 | At least as of July 2024 |
| ASUS | Graphics Card | ROG | ROG-STRIX-RTX3060-O12G-V2-GAMING | At least as of July 2024 |

# Appendix A - Accused ASUS Products

| Company | Product | Brand | Model | Date Available |
|---|---|---|---|---|
| ASUS | Graphics Card | ROG | ROG-STRIX-RTX3060TI-O8G-V2-GAMING | At least as of July 2024 |
| ASUS | Graphics Card | ROG | ROG-STRIX-RTX3070-O8G-V2-GAMING | At least as of July 2024 |
| ASUS | Graphics Card | ROG | ROG-STRIX-RTX3070TI-O8G-GAMING | At least as of July 2024 |
| ASUS | Graphics Card | ROG | ROG-STRIX-RTX3080-10G-V2-GAMING | At least as of July 2024 |
| ASUS | Graphics Card | ROG | ROG-STRIX-RTX3080-10G-WHITE-V2 | At least as of July 2024 |
| ASUS | Graphics Card | ROG | ROG-STRIX-RTX3080-O10G-V2-GAMING | At least as of July 2024 |
| ASUS | Graphics Card | ROG | ROG-STRIX-RTX3080-O10G-WHITE-V2 | At least as of July 2024 |
| ASUS | Graphics Card | ROG | ROG-STRIX-RTX3080TO-O12G-GAMING | At least as of July 2024 |
| ASUS | Graphics Card | ROG | ROG-STRIX-RX6600XT-O8G-GAMING | At least as of July 2024 |
| ASUS | Graphics Card | TUF | ASUS TUF Gaming GeForce GTX 1630 OC Edition 4GB | At least as of July 2024 |
| ASUS | Graphics Card | TUF | ASUS TUF Gaming GeForce RTX 3050 OC Edition 8GB GDDR6 | At least as of July 2024 |
| ASUS | Graphics Card | TUF | ASUS TUF Gaming GeForce RTX 4060 Ti 8GB GDDR6 | At least as of July 2024 |
| ASUS | Graphics Card | TUF | ASUS TUF Gaming GeForce RTX 4060 Ti 8GB GDDR6 OC Edition | At least as of July 2024 |
| ASUS | Graphics Card | TUF | ASUS TUF Gaming GeForce RTX 4070 12GB GDDR6X | At least as of July 2024 |
| ASUS | Graphics Card | TUF | ASUS TUF Gaming GeForce RTX 4070 12GB GDDR6X OC Edition | At least as of July 2024 |
| ASUS | Graphics Card | TUF | ASUS TUF Gaming GeForce RTX 4070 SUPER 12GB GDDR6X | At least as of July 2024 |
| ASUS | Graphics Card | TUF | ASUS TUF Gaming GeForce RTX 4070 SUPER 12GB GDDR6X OC Edition | At least as of July 2024 |
| ASUS | Graphics Card | TUF | ASUS TUF Gaming GeForce RTX 4070 Ti SUPER 16GB GDDR6X | At least as of July 2024 |
| ASUS | Graphics Card | TUF | ASUS TUF Gaming GeForce RTX 4070 Ti SUPER 16GB GDDR6X OC Edition | At least as of July 2024 |
| ASUS | Graphics Card | TUF | ASUS TUF Gaming GeForce RTX 4070 Ti SUPER 16GB GDDR6X White OC Edi | At least as of July 2024 |
| ASUS | Graphics Card | TUF | ASUS TUF Gaming GeForce RTX 4070 Ti SUPER BTF White OC Edition 16GB ( | At least as of July 2024 |
| ASUS | Graphics Card | TUF | ASUS TUF Gaming GeForce RTX 4070 Ti White OC Edition 12GB GDDR6X | At least as of July 2024 |
| ASUS | Graphics Card | TUF | ASUS TUF Gaming GeForce RTX 4080 16GB GDDR6X | At least as of July 2024 |
| ASUS | Graphics Card | TUF | ASUS TUF Gaming GeForce RTX 4080 16GB GDDR6X OC Edition | At least as of July 2024 |
| ASUS | Graphics Card | TUF | ASUS TUF Gaming GeForce RTX 4080 SUPER 16GB GDDR6X | At least as of July 2024 |
| ASUS | Graphics Card | TUF | ASUS TUF Gaming GeForce RTX 4080 SUPER 16GB GDDR6X OC Edition | At least as of July 2024 |
| ASUS | Graphics Card | TUF | ASUS TUF Gaming GeForce RTX 4090 24GB GDDR6X | At least as of July 2024 |
| ASUS | Graphics Card | TUF | ASUS TUF Gaming GeForce RTX 4090 24GB GDDR6X OG | At least as of July 2024 |
| ASUS | Graphics Card | TUF | ASUS TUF Gaming GeForce RTX 4090 24GB GDDR6X OG OC Edition | At least as of July 2024 |
| ASUS | Graphics Card | TUF | ASUS TUF Gaming GeForce RTX 4090 OC Edition 24GB GDDR6X | At least as of July 2024 |
| ASUS | Graphics Card | TUF | ASUS TUF Gaming Radeon RX 6500 XT OC edition 4GB GDDR6 | At least as of July 2024 |
| ASUS | Graphics Card | TUF | ASUS TUF Gaming Radeon RX 7600 XT OC Edition 16GB GDDR6 | At least as of July 2024 |
| ASUS | Graphics Card | TUF | ASUS TUF Gaming Radeon RX 7700 XT OC Edition 12GB GDDR6 | At least as of July 2024 |
| ASUS | Graphics Card | TUF | ASUS TUF Gaming Radeon RX 7800 XT OC Edition 16GB GDDR6 | At least as of July 2024 |
| ASUS | Graphics Card | TUF | ASUS TUF Gaming Radeon RX 7900 GRE OC Edition 16GB GDDR6 | At least as of July 2024 |
| ASUS | Graphics Card | TUF | ASUS TUF Gaming Radeon RX 7900 XT OC Edition 20GB GDDR6 | At least as of July 2024 |
| ASUS | Graphics Card | TUF | ASUS TUF Gaming Radeon RX 7900 XTX OC Edition 24GB GDDR6 | At least as of July 2024 |
| ASUS | Graphics Card | TUF | TUF Gaming GeForce GTX 1660 Ti EVO OC Edition 6GB GDDR6 | At least as of July 2024 |
| ASUS | Graphics Card | TUF | TUF Gaming GeForce GTX 1660 Ti EVO TOP Edition 6GB GDDR6 | At least as of July 2024 |
| ASUS | Graphics Card | TUF | TUF Gaming GeForce RTX 3060 V2 OC Edition | At least as of July 2024 |
| ASUS | Graphics Card | TUF | TUF-GTX1660S-O6G-GAMING | At least as of July 2024 |
| ASUS | Laptop | ASUS | ASUS(BR1100F) | At least as of July 2024 |

## Appendix A - Accused ASUS Products

| Company | Product | Brand | Model | Date Available |
|---|---|---|---|---|
| ASUS | Laptop | BR Series | ASUS(BR1102C) | At least as of July 2024 |
| ASUS | Laptop | BR Series | ASUS(BR1102F) | At least as of July 2024 |
| ASUS | Laptop | BR Series | ASUS(BR1104C) | At least as of July 2024 |
| ASUS | Laptop | BR Series | ASUS(BR1104F) | At least as of July 2024 |
| ASUS | Laptop | BR Series | ASUS(BR1204C) | At least as of July 2024 |
| ASUS | Laptop | BR Series | ASUS(BR1204F) | At least as of July 2024 |
| ASUS | Laptop | Chromebook | ASUS Chromebook CM14 Flip(CM1402F) | At least as of July 2024 |
| ASUS | Laptop | Chromebook | ASUS Chromebook CM14(CM1402C) | At least as of July 2024 |
| ASUS | Laptop | Chromebook | ASUS Chromebook CM30 Detachable(CM3001) | At least as of July 2024 |
| ASUS | Laptop | Chromebook | ASUS Chromebook CR1(CR1100) | At least as of July 2024 |
| ASUS | Laptop | Chromebook | ASUS Chromebook CR11 Flip(CR1102F) | At least as of July 2024 |
| ASUS | Laptop | Chromebook | ASUS Chromebook CR11 Flip(CR1104F) | At least as of July 2024 |
| ASUS | Laptop | Chromebook | ASUS Chromebook CR11(CR1102C) | At least as of July 2024 |
| ASUS | Laptop | Chromebook | ASUS Chromebook CR11(CR1104C) | At least as of July 2024 |
| ASUS | Laptop | Chromebook | ASUS Chromebook CR12 Flip(CR1204F) | At least as of July 2024 |
| ASUS | Laptop | Chromebook | ASUS Chromebook CR12(CR1204C) | At least as of July 2024 |
| ASUS | Laptop | Chromebook | ASUS Chromebook CX1(CX1100) | At least as of July 2024 |
| ASUS | Laptop | Chromebook | ASUS Chromebook CX1(CX1101) | At least as of July 2024 |
| ASUS | Laptop | Chromebook | ASUS Chromebook CX1(CX1400) | At least as of July 2024 |
| ASUS | Laptop | Chromebook | ASUS Chromebook CX1(CX1500) | At least as of July 2024 |
| ASUS | Laptop | Chromebook | ASUS Chromebook CX34 Flip(CX3401) | At least as of July 2024 |
| ASUS | Laptop | Chromebook | ASUS Chromebook CX9(CX9400) | At least as of July 2024 |
| ASUS | Laptop | Chromebook | ASUS Chromebook CZ11 Flip(CZ1104F) | At least as of July 2024 |
| ASUS | Laptop | Chromebook | ASUS Chromebook CZ11(CZ1104C) | At least as of July 2024 |
| ASUS | Laptop | Chromebook | ASUS Chromebook CZ12 Flip(CZ1204F) | At least as of July 2024 |
| ASUS | Laptop | Chromebook | ASUS Chromebook CZ12(CZ1204C) | At least as of July 2024 |
| ASUS | Laptop | Chromebook | ASUS Chromebook Detachable CM3(CM3000) | At least as of July 2024 |
| ASUS | Laptop | Chromebook | ASUS Chromebook Detachable CZ1(CZ1000) | At least as of July 2024 |
| ASUS | Laptop | Chromebook | ASUS Chromebook Flip CM5(CM5500) | At least as of July 2024 |
| ASUS | Laptop | Chromebook | ASUS Chromebook Flip CR1(CR1100) | At least as of July 2024 |
| ASUS | Laptop | Chromebook | ASUS Chromebook Flip CX1(CX1400) | At least as of July 2024 |
| ASUS | Laptop | Chromebook | ASUS Chromebook Flip CX5(CX5500) | At least as of July 2024 |
| ASUS | Laptop | Chromebook | ASUS Chromebook Flip CX5(CX5601) | At least as of July 2024 |
| ASUS | Laptop | Chromebook | ASUS Chromebook Flip(C214) | At least as of July 2024 |
| ASUS | Laptop | Chromebook | ASUS Chromebook Flip(C433) | At least as of July 2024 |
| ASUS | Laptop | Chromebook | ASUS Chromebook Flip(C434) | At least as of July 2024 |
| ASUS | Laptop | Chromebook | ASUS Chromebook Plus CX34(CX3402) | At least as of July 2024 |
| ASUS | Laptop | Chromebook | ASUS Chromebook Plus Enterprise CX34(CX3402) | At least as of July 2024 |
| ASUS | Laptop | Chromebook | ASUS Chromebook Vibe CX55 Flip(CX5501) | At least as of July 2024 |
| ASUS | Laptop | Chromebook | ASUS Chromebook(C204) | At least as of July 2024 |
| ASUS | Laptop | Chromebook | ASUS Chromebook(C223) | At least as of July 2024 |
| ASUS | Laptop | Chromebook | ASUS Chromebook(C403) | At least as of July 2024 |

# Appendix A - Accused ASUS Products

| Company | Product | Brand | Model | Date Available |
|---|---|---|---|---|
| ASUS | Laptop | Chromebook | ASUS Chromebook(C423) | At least as of July 2024 |
| ASUS | Laptop | Chromebook | ASUS Chromebook(C424) | At least as of July 2024 |
| ASUS | Laptop | Chromebook | ASUS Chromebook(C425) | At least as of July 2024 |
| ASUS | Laptop | Chromebook | ASUS Chromebook(C523) | At least as of July 2024 |
| ASUS | Laptop | Chromebook | ASUS ExpertBook CX54 Chromebook Plus Enterprise(CX5403) | At least as of July 2024 |
| ASUS | Laptop | ExpertBook | ASUS ExpertBook B3 Flip(B3402) | At least as of July 2024 |
| ASUS | Laptop | ExpertBook | ASUS ExpertBook B5 Flip(B5402F) | At least as of July 2024 |
| ASUS | Laptop | ExpertBook | ASUS ExpertBook B9 OLED(B9403) | At least as of July 2024 |
| ASUS | Laptop | ExpertBook | ExpertBook B1(B1402) | At least as of July 2024 |
| ASUS | Laptop | ExpertBook | ExpertBook B1(B1500) | At least as of July 2024 |
| ASUS | Laptop | ExpertBook | ExpertBook B1(B1502) | At least as of July 2024 |
| ASUS | Laptop | ExpertBook | ExpertBook B2 Flip(B2402F) | At least as of July 2024 |
| ASUS | Laptop | ExpertBook | ExpertBook B2(B2402C) | At least as of July 2024 |
| ASUS | Laptop | ExpertBook | ExpertBook B2(B2502C) | At least as of July 2024 |
| ASUS | Laptop | ExpertBook | ExpertBook B3(B3404) | At least as of July 2024 |
| ASUS | Laptop | ExpertBook | ExpertBook B3(B3604) | At least as of July 2024 |
| ASUS | Laptop | ExpertBook | ExpertBook B5 Flip(B5402F) | At least as of July 2024 |
| ASUS | Laptop | ExpertBook | ExpertBook B5(B5402C) | At least as of July 2024 |
| ASUS | Laptop | ExpertBook | ExpertBook B5(B5404) | At least as of July 2024 |
| ASUS | Laptop | ExpertBook | ExpertBook B5(B5604) | At least as of July 2024 |
| ASUS | Laptop | ExpertBook | ExpertBook B9 OLED(B9403) | At least as of July 2024 |
| ASUS | Laptop | ExpertBook | ExpertBook B9(B9450) | At least as of July 2024 |
| ASUS | Laptop | ExpertBook | ExpertBook B9450 | At least as of April 11, 2020 |
| ASUS | Laptop | ProArt | ProArt P16(H7606) | At least as of July 2024 |
| ASUS | Laptop | ProArt | ProArt PX13(HN7306) | At least as of July 2024 |
| ASUS | Laptop | ProArt | ProArt Studiobook 16 OLED laptop(H7600) | At least as of July 2024 |
| ASUS | Laptop | ProArt | ProArt Studiobook 16 OLED laptop(H7604) | At least as of July 2024 |
| ASUS | Laptop | ProArt | ProArt Studiobook Pro 16 OLED laptop(W7600) | At least as of July 2024 |
| ASUS | Laptop | ProArt | ProArt Studiobook Pro 16 OLED laptop(W7604) | At least as of July 2024 |
| ASUS | Laptop | ROG | ROG Flow X13 Gaming laptop 2023(GV302) | At least as of July 2024 |
| ASUS | Laptop | ROG | ROG Flow X16 Gaming laptop 2023(GV601) | At least as of July 2024 |
| ASUS | Laptop | ROG | ROG Flow Z13 2022(GZ301) | At least as of July 2024 |
| ASUS | Laptop | ROG | ROG Flow Z13 2023(GZ301) | At least as of July 2024 |
| ASUS | Laptop | ROG | ROG Strix G16 2024(G614) | At least as of July 2024 |
| ASUS | Laptop | ROG | ROG Strix G17 2022(G713) | At least as of July 2024 |
| ASUS | Laptop | ROG | ROG Strix G17 Gaming laptop 2023(G713) | At least as of July 2024 |
| ASUS | Laptop | ROG | ROG Strix G18 2023(G814) | At least as of July 2024 |
| ASUS | Laptop | ROG | ROG Strix G18 2024(G814) | At least as of July 2024 |
| ASUS | Laptop | ROG | ROG Strix SCAR 16 2023(G634) | At least as of July 2024 |
| ASUS | Laptop | ROG | ROG Strix SCAR 16 2024(G634) | At least as of July 2024 |
| ASUS | Laptop | ROG | ROG Strix SCAR 17 X3D Gaming laptop 2023(G733) | At least as of July 2024 |
| ASUS | Laptop | ROG | ROG Strix SCAR 18 2024(G834) | At least as of July 2024 |

# Appendix A - Accused ASUS Products

| Company | Product | Brand | Model | Date Available |
|---|---|---|---|---|
| ASUS | Laptop | ROG | ROG Zenphyrus G16 2024(GA605) | At least as of July 2024 |
| ASUS | Laptop | ROG | ROG Zenphyrus G16 2024(GU605) | At least as of July 2024 |
| ASUS | Laptop | ROG | ROG Zephyrus Duo 16 2023(GX650) | At least as of July 2024 |
| ASUS | Laptop | ROG | ROG Zephyrus G14 2024(GA403) | At least as of July 2024 |
| ASUS | Laptop | ROG | ROG Zephyrus G14 Gaming laptop 2023(GA402) | At least as of July 2024 |
| ASUS | Laptop | ROG | ROG Zephyrus G16 2023(GU603) | At least as of July 2024 |
| ASUS | Laptop | ROG | ROG Zephyrus M16 2022(GU603) | At least as of July 2024 |
| ASUS | Laptop | ROG | ROG Zephyrus M16 Gaming laptop 2023(GU604) | At least as of July 2024 |
| ASUS | Laptop | TUF | ASUS TUF Gaming A14 2024(FA401) | At least as of July 2024 |
| ASUS | Laptop | TUF | ASUS TUF Gaming A15 2023(FA507) | At least as of July 2024 |
| ASUS | Laptop | TUF | ASUS TUF Gaming A15 2024(FA507) | At least as of July 2024 |
| ASUS | Laptop | TUF | ASUS TUF Gaming A16 2024(FA607) | At least as of July 2024 |
| ASUS | Laptop | TUF | ASUS TUF Gaming A16 Advantage Edition 2023(FA617) | At least as of July 2024 |
| ASUS | Laptop | TUF | ASUS TUF Gaming A17 2023(FA707) | At least as of July 2024 |
| ASUS | Laptop | TUF | ASUS TUF Gaming F15 2021(FX506) | At least as of July 2024 |
| ASUS | Laptop | TUF | ASUS TUF Gaming F15 2022(FX507) | At least as of July 2024 |
| ASUS | Laptop | TUF | ASUS TUF Gaming F15 2023(FX507) | At least as of July 2024 |
| ASUS | Laptop | TUF | ASUS TUF Gaming F16 2024(FX607) | At least as of July 2024 |
| ASUS | Laptop | TUF | ASUS TUF Gaming F17 2021(FX706) | At least as of July 2024 |
| ASUS | Laptop | TUF | ASUS TUF Gaming F17 2022(FX707) | At least as of July 2024 |
| ASUS | Laptop | TUF | ASUS TUF Gaming F17 2023(FX707) | At least as of July 2024 |
| ASUS | Laptop | Vivobook | ASUS Vivobook 13 Slate OLED Laptop Philip Colbert Edition | At least as of July 2024 |
| ASUS | Laptop | Vivobook | ASUS Vivobook 13 Slate OLED Laptop Steven Harrington Edition | At least as of July 2024 |
| ASUS | Laptop | Vivobook | ASUS Vivobook 13 Slate OLED laptop(T3300) | At least as of July 2024 |
| ASUS | Laptop | Vivobook | ASUS Vivobook 13 Slate OLED laptop(T3304) | At least as of July 2024 |
| ASUS | Laptop | Vivobook | ASUS Vivobook 14(F1404) | At least as of July 2024 |
| ASUS | Laptop | Vivobook | ASUS Vivobook 14(M1405) | At least as of July 2024 |
| ASUS | Laptop | Vivobook | ASUS Vivobook 14X OLED laptop(K3405) | At least as of July 2024 |
| ASUS | Laptop | Vivobook | ASUS Vivobook 15 laptop(F1502) | At least as of July 2024 |
| ASUS | Laptop | Vivobook | ASUS Vivobook 15 laptop(M1502) | At least as of July 2024 |
| ASUS | Laptop | Vivobook | ASUS Vivobook 16 laptop(M1605) | At least as of July 2024 |
| ASUS | Laptop | Vivobook | ASUS Vivobook 16X OLED laptop(K3605) | At least as of July 2024 |
| ASUS | Laptop | Vivobook | ASUS Vivobook 16X OLED(M1603) | At least as of July 2024 |
| ASUS | Laptop | Vivobook | ASUS Vivobook 17 laptop(F1704) | At least as of July 2024 |
| ASUS | Laptop | Vivobook | ASUS Vivobook 17X laptop(K3704) | At least as of July 2024 |
| ASUS | Laptop | Vivobook | ASUS Vivobook 17X(K1703) | At least as of July 2024 |
| ASUS | Laptop | Vivobook | ASUS Vivobook 17X(M3704) | At least as of July 2024 |
| ASUS | Laptop | Vivobook | ASUS Vivobook Flip 14(TM420) | At least as of July 2024 |
| ASUS | Laptop | Vivobook | ASUS Vivobook Go 14(E1404F) | At least as of July 2024 |
| ASUS | Laptop | Vivobook | ASUS Vivobook Go 14(L410) | At least as of July 2024 |
| ASUS | Laptop | Vivobook | ASUS Vivobook Go 15 laptop(E1504F) | At least as of July 2024 |
| ASUS | Laptop | Vivobook | ASUS Vivobook Go 15(E1504G) | At least as of July 2024 |

# Appendix A - Accused ASUS Products

| Company | Product | Brand | Model | Date Available |
|---|---|---|---|---|
| ASUS | Laptop | Vivobook | ASUS Vivobook Go 15(L510) | At least as of July 2024 |
| ASUS | Laptop | Vivobook | ASUS Vivobook Pro 14 OLED laptop(M6400) | At least as of July 2024 |
| ASUS | Laptop | Vivobook | ASUS Vivobook Pro 15 OLED laptop(K3500) | At least as of July 2024 |
| ASUS | Laptop | Vivobook | ASUS Vivobook Pro 15 OLED laptop(M6500) | At least as of July 2024 |
| ASUS | Laptop | Vivobook | ASUS Vivobook Pro 15 OLED(M3500) | At least as of July 2024 |
| ASUS | Laptop | Vivobook | ASUS Vivobook Pro 15 OLED(Q533) | At least as of July 2024 |
| ASUS | Laptop | Vivobook | ASUS Vivobook Pro 15 OLED(Q543) | At least as of July 2024 |
| ASUS | Laptop | Vivobook | ASUS Vivobook Pro 15(M6500) | At least as of July 2024 |
| ASUS | Laptop | Vivobook | ASUS Vivobook Pro 15X laptop(M6501) | At least as of July 2024 |
| ASUS | Laptop | Vivobook | ASUS Vivobook Pro 15X OLED(K6501) | At least as of July 2024 |
| ASUS | Laptop | Vivobook | ASUS Vivobook Pro 16 laptop(K6602) | At least as of July 2024 |
| ASUS | Laptop | Vivobook | ASUS Vivobook Pro 16X OLED laptop(K6604) | At least as of July 2024 |
| ASUS | Laptop | Vivobook | ASUS Vivobook Pro 16X OLED laptop(M7600) | At least as of July 2024 |
| ASUS | Laptop | Vivobook | ASUS Vivobook Pro 16X OLED(M7600) | At least as of July 2024 |
| ASUS | Laptop | Vivobook | ASUS Vivobook S 14 Flip(TP3402) | At least as of July 2024 |
| ASUS | Laptop | Vivobook | ASUS Vivobook S 14 OLED laptop(K5404) | At least as of July 2024 |
| ASUS | Laptop | Vivobook | ASUS Vivobook S 14 OLED(K3402) | At least as of July 2024 |
| ASUS | Laptop | Vivobook | ASUS Vivobook S 14 OLED(M5406) | At least as of July 2024 |
| ASUS | Laptop | Vivobook | ASUS Vivobook S 14 OLED(S5406) | At least as of July 2024 |
| ASUS | Laptop | Vivobook | ASUS Vivobook S 15 laptop(M3502) | At least as of July 2024 |
| ASUS | Laptop | Vivobook | ASUS Vivobook S 15 laptop(S3502) | At least as of July 2024 |
| ASUS | Laptop | Vivobook | ASUS Vivobook S 15 OLED BAPE Edition laptop(K5504) | At least as of July 2024 |
| ASUS | Laptop | Vivobook | ASUS Vivobook S 15 OLED laptop(K3502) | At least as of July 2024 |
| ASUS | Laptop | Vivobook | ASUS Vivobook S 15 OLED laptop(K5504) | At least as of July 2024 |
| ASUS | Laptop | Vivobook | ASUS Vivobook S 15 OLED(S5506) | At least as of July 2024 |
| ASUS | Laptop | Vivobook | ASUS Vivobook S 15(K3502) | At least as of July 2024 |
| ASUS | Laptop | Vivobook | ASUS Vivobook S 15(S5507) | At least as of July 2024 |
| ASUS | Laptop | Vivobook | ASUS Vivobook S 16 Flip laptop(TN3604) | At least as of July 2024 |
| ASUS | Laptop | Vivobook | ASUS Vivobook S 16 Flip laptop(TP3604) | At least as of July 2024 |
| ASUS | Laptop | Vivobook | ASUS Vivobook S 16 OLED(M5606) | At least as of July 2024 |
| ASUS | Laptop | Vivobook | ASUS Vivobook S 16 OLED(S5606) | At least as of July 2024 |
| ASUS | Laptop | Vivobook | ASUS Vivobook S 16X(S5602) | At least as of July 2024 |
| ASUS | Laptop | Vivobook | Vivobook 14(F1404) | At least as of July 2024 |
| ASUS | Laptop | Vivobook | Vivobook 15(F1504) | At least as of July 2024 |
| ASUS | Laptop | Vivobook | Vivobook 16X OLED(F1605) | At least as of July 2024 |
| ASUS | Laptop | Vivobook | Vivobook 17(F1704) | At least as of July 2024 |
| ASUS | Laptop | Vivobook | Vivobook 17(K712) | At least as of July 2024 |
| ASUS | Laptop | Vivobook | Vivobook 17(S712) | At least as of July 2024 |
| ASUS | Laptop | Vivobook | Vivobook Pro 15 OLED laptop(K6502) | At least as of July 2024 |
| ASUS | Laptop | Zenbook | ASUS Zenbook 14 Flip OLED laptop(UP3404) | At least as of July 2024 |
| ASUS | Laptop | Zenbook | ASUS Zenbook 14 laptop(UX3402) | At least as of July 2024 |
| ASUS | Laptop | Zenbook | ASUS Zenbook 14 OLED(Q415) | At least as of July 2024 |

# Appendix A - Accused ASUS Products

| Company | Product | Brand | Model | Date Available |
|---|---|---|---|---|
| ASUS | Laptop | Zenbook | ASUS Zenbook 14 OLED(Q425) | At least as of July 2024 |
| ASUS | Laptop | Zenbook | ASUS Zenbook 14 OLED(UM3406) | At least as of July 2024 |
| ASUS | Laptop | Zenbook | ASUS Zenbook 14 OLED(UX3405) | At least as of July 2024 |
| ASUS | Laptop | Zenbook | ASUS Zenbook 14X OLED(UX3404) | At least as of July 2024 |
| ASUS | Laptop | Zenbook | ASUS Zenbook 15 OLED laptop(UM3504) | At least as of July 2024 |
| ASUS | Laptop | Zenbook | ASUS Zenbook Duo(UX8406) | At least as of July 2024 |
| ASUS | Laptop | Zenbook | ASUS Zenbook Pro 14 OLED laptop(UX6404) | At least as of July 2024 |
| ASUS | Laptop | Zenbook | ASUS Zenbook S 13 OLED laptop(UX5304) | At least as of July 2024 |
| ASUS | Laptop | Zenbook | ASUS Zenbook S 16(UM5606) | At least as of July 2024 |
| ASUS | Laptop | Zenbook | Zenbook 14 Flip OLED(UN5401) | At least as of July 2024 |
| ASUS | Laptop | Zenbook | Zenbook 14 laptop(UM425QA) | At least as of July 2024 |
| ASUS | Laptop | Zenbook | Zenbook 14 OLED(Q409) | At least as of July 2024 |
| ASUS | Laptop | Zenbook | Zenbook 14 OLED(UM3402) | At least as of July 2024 |
| ASUS | Laptop | Zenbook | Zenbook 14 OLED(UX3402) | At least as of July 2024 |
| ASUS | Laptop | Zenbook | Zenbook 14X OLED laptop(UX5400) | At least as of July 2024 |
| ASUS | Laptop | Zenbook | Zenbook Pro 14 Duo OLED laptop(UX8402) | At least as of July 2024 |
| ASUS | Laptop | Zenbook | Zenbook Pro 15 OLED laptop(UM535) | At least as of July 2024 |
| ASUS | Laptop | Zenbook | Zenbook Pro Duo 15 OLED laptop(UX582) | At least as of July 2024 |
| ASUS | Monitor | ASUS | ASUS(BE24ECSBT) | At least as of July 2024 |
| ASUS | Monitor | ASUS | ASUS(BE24ECSNK) | At least as of July 2024 |
| ASUS | Monitor | ASUS | ASUS(BE24EQK) | At least as of July 2024 |
| ASUS | Monitor | ASUS | ASUS(BE24EQSK) | At least as of July 2024 |
| ASUS | Monitor | ASUS | ASUS(BE24WQLB) | At least as of July 2024 |
| ASUS | Monitor | ASUS | ASUS(BE279QSK) | At least as of July 2024 |
| ASUS | Monitor | ASUS | ASUS(BE27ACSBK) | At least as of July 2024 |
| ASUS | Monitor | ASUS | ASUS(HA2441A) | At least as of July 2024 |
| ASUS | Monitor | ASUS | ASUS(HA2741A) | At least as of July 2024 |
| ASUS | Monitor | ASUS | ASUS(HA3281A) | At least as of July 2024 |
| ASUS | Monitor | ASUS | ASUS(VA24DCP) | At least as of July 2024 |
| ASUS | Monitor | ASUS | ASUS(VA24DQ) | At least as of July 2024 |
| ASUS | Monitor | ASUS | ASUS(VA24DQF) | At least as of July 2024 |
| ASUS | Monitor | ASUS | ASUS(VA24DQFS) | At least as of July 2024 |
| ASUS | Monitor | ASUS | ASUS(VA24DQLB) | At least as of July 2024 |
| ASUS | Monitor | ASUS | ASUS(VA24DQSB) | At least as of July 2024 |
| ASUS | Monitor | ASUS | ASUS(VA24ECPSN) | At least as of July 2024 |
| ASUS | Monitor | ASUS | ASUS(VA24EQSB) | At least as of July 2024 |
| ASUS | Monitor | ASUS | ASUS(VA27DCP) | At least as of July 2024 |
| ASUS | Monitor | ASUS | ASUS(VA27DQ) | At least as of July 2024 |
| ASUS | Monitor | ASUS | ASUS(VA27DQF) | At least as of July 2024 |
| ASUS | Monitor | ASUS | ASUS(VA27DQFS) | At least as of July 2024 |
| ASUS | Monitor | ASUS | ASUS(VA27DQSB) | At least as of July 2024 |
| ASUS | Monitor | ASUS | ASUS(VA27ECPSN) | At least as of July 2024 |

# Appendix A - Accused ASUS Products

| Company | Product | Brand | Model | Date Available |
|---|---|---|---|---|
| ASUS | Monitor | ASUS | ASUS(VA27EQSB) | At least as of July 2024 |
| ASUS | Monitor | ASUS | ASUS(VA27UQSB) | At least as of July 2024 |
| ASUS | Monitor | ASUS | ASUS(VA27VQSE) | At least as of July 2024 |
| ASUS | Monitor | ASUS | ASUS(VA32UQ) | At least as of July 2024 |
| ASUS | Monitor | ASUS | ASUS(VA34VCPSN) | At least as of July 2024 |
| ASUS | Monitor | ASUS | ASUS(VG248QG) | At least as of July 2024 |
| ASUS | Monitor | ASUS | ASUS(VP228QG) | At least as of July 2024 |
| ASUS | Monitor | ASUS | ASUS(VP229Q) | At least as of July 2024 |
| ASUS | Monitor | ASUS | ASUS(VP327Q) | At least as of July 2024 |
| ASUS | Monitor | ASUS | ASUS(VP32AQ) | At least as of July 2024 |
| ASUS | Monitor | ASUS | ASUS(VP349CGL) | At least as of July 2024 |
| ASUS | Monitor | ASUS | ASUS(VU249CFE-B) | At least as of July 2024 |
| ASUS | Monitor | ASUS | ASUS(VU279CFE-B) | At least as of July 2024 |
| ASUS | Monitor | ASUS | ASUS(VY27UQ) | At least as of July 2024 |
| ASUS | Monitor | ASUS | ASUS(VZ249QG1R) | At least as of July 2024 |
| ASUS | Monitor | ASUS | ASUS(VZ279QC1R) | At least as of July 2024 |
| ASUS | Monitor | ProArt | ProArt Display OLED(PA27DCE-K) | At least as of July 2024 |
| ASUS | Monitor | ProArt | ProArt Display OLED(PA32DC) | At least as of July 2024 |
| ASUS | Monitor | ProArt | ProArt Display(PA147CDV) | At least as of July 2024 |
| ASUS | Monitor | ProArt | ProArt Display(PA148CTV) | At least as of July 2024 |
| ASUS | Monitor | ProArt | ProArt Display(PA169CDV) | At least as of July 2024 |
| ASUS | Monitor | ProArt | ProArt Display(PA247CV) | At least as of July 2024 |
| ASUS | Monitor | ProArt | ProArt Display(PA248CRV) | At least as of July 2024 |
| ASUS | Monitor | ProArt | ProArt Display(PA248QV) | At least as of July 2024 |
| ASUS | Monitor | ProArt | ProArt Display(PA24ACRV) | At least as of July 2024 |
| ASUS | Monitor | ProArt | ProArt Display(PA24US) | At least as of July 2024 |
| ASUS | Monitor | ProArt | ProArt Display(PA278CFRV) | At least as of July 2024 |
| ASUS | Monitor | ProArt | ProArt Display(PA278CGV) | At least as of July 2024 |
| ASUS | Monitor | ProArt | ProArt Display(PA278CV) | At least as of July 2024 |
| ASUS | Monitor | ProArt | ProArt Display(PA278QV) | At least as of July 2024 |
| ASUS | Monitor | ProArt | ProArt Display(PA279CRV) | At least as of July 2024 |
| ASUS | Monitor | ProArt | ProArt Display(PA279CV) | At least as of July 2024 |
| ASUS | Monitor | ProArt | ProArt Display(PA27UCX-K) | At least as of July 2024 |
| ASUS | Monitor | ProArt | ProArt Display(PA328CGV) | At least as of July 2024 |
| ASUS | Monitor | ProArt | ProArt Display(PA328QV) | At least as of July 2024 |
| ASUS | Monitor | ProArt | ProArt Display(PA329CRV) | At least as of July 2024 |
| ASUS | Monitor | ProArt | ProArt Display(PA329CV) | At least as of July 2024 |
| ASUS | Monitor | ProArt | ProArt Display(PA32UCG-K) | At least as of July 2024 |
| ASUS | Monitor | ProArt | ProArt Display(PA32UCR-K) | At least as of July 2024 |
| ASUS | Monitor | ProArt | ProArt Display(PA32UCX-PK) | At least as of July 2024 |
| ASUS | Monitor | ProArt | ProArt Display(PA32UCXR) | At least as of July 2024 |
| ASUS | Monitor | ProArt | ProArt Display(PA34VCNV) | At least as of July 2024 |

# Appendix A - Accused ASUS Products

| Company | Product | Brand | Model | Date Available |
|---|---|---|---|---|
| ASUS | Monitor | ROG | POG Swift(PG329Q) | At least as of July 2024 |
| ASUS | Monitor | ROG | ROG Strix OLED(XG27AQDMG) | At least as of July 2024 |
| ASUS | Monitor | ROG | ROG Strix Xbox Edition(XG43UQ) | At least as of July 2024 |
| ASUS | Monitor | ROG | ROG Strix XG35VQ | At least as of April 12, 2020 |
| ASUS | Monitor | ROG | ROG Strix(XG16AHPE) | At least as of July 2024 |
| ASUS | Monitor | ROG | ROG Strix(XG16AHP-W) | At least as of July 2024 |
| ASUS | Monitor | ROG | ROG Strix(XG17AHP) | At least as of July 2024 |
| ASUS | Monitor | ROG | ROG Strix(XG17AHPE) | At least as of July 2024 |
| ASUS | Monitor | ROG | ROG Strix(XG249CM) | At least as of July 2024 |
| ASUS | Monitor | ROG | ROG Strix(XG256Q) | At least as of July 2024 |
| ASUS | Monitor | ROG | ROG Strix(XG259CM) | At least as of July 2024 |
| ASUS | Monitor | ROG | ROG Strix(XG259CMS) | At least as of July 2024 |
| ASUS | Monitor | ROG | ROG Strix(XG259CS) | At least as of July 2024 |
| ASUS | Monitor | ROG | ROG Strix(XG259QN) | At least as of July 2024 |
| ASUS | Monitor | ROG | ROG Strix(XG259QNS) | At least as of July 2024 |
| ASUS | Monitor | ROG | ROG Strix(XG276Q) | At least as of July 2024 |
| ASUS | Monitor | ROG | ROG Strix(XG27ACG) | At least as of July 2024 |
| ASUS | Monitor | ROG | ROG Strix(XG27ACG-W) | At least as of July 2024 |
| ASUS | Monitor | ROG | ROG Strix(XG27ACMG) | At least as of July 2024 |
| ASUS | Monitor | ROG | ROG Strix(XG27ACS) | At least as of July 2024 |
| ASUS | Monitor | ROG | ROG Strix(XG27AQMR) | At least as of July 2024 |
| ASUS | Monitor | ROG | ROG Strix(XG27AQV) | At least as of July 2024 |
| ASUS | Monitor | ROG | ROG Strix(XG27AQ-W) | At least as of July 2024 |
| ASUS | Monitor | ROG | ROG Strix(XG27UCG) | At least as of July 2024 |
| ASUS | Monitor | ROG | ROG Strix(XG27UCG-W) | At least as of July 2024 |
| ASUS | Monitor | ROG | ROG Strix(XG27UCS) | At least as of July 2024 |
| ASUS | Monitor | ROG | ROG Strix(XG27WCMS) | At least as of July 2024 |
| ASUS | Monitor | ROG | ROG Strix(XG27WCS) | At least as of July 2024 |
| ASUS | Monitor | ROG | ROG Strix(XG309CM) | At least as of July 2024 |
| ASUS | Monitor | ROG | ROG Strix(XG32AQ) | At least as of July 2024 |
| ASUS | Monitor | ROG | ROG Strix(XG32UQ) | At least as of July 2024 |
| ASUS | Monitor | ROG | ROG Strix(XG32WCMS) | At least as of July 2024 |
| ASUS | Monitor | ROG | ROG Strix(XG32WCS) | At least as of July 2024 |
| ASUS | Monitor | ROG | ROG Strix(XG349C) | At least as of July 2024 |
| ASUS | Monitor | ROG | ROG Strix(XG438Q) | At least as of July 2024 |
| ASUS | Monitor | ROG | ROG Strix(XG43UQ) | At least as of July 2024 |
| ASUS | Monitor | ROG | ROG Strix(XG49VQ) | At least as of July 2024 |
| ASUS | Monitor | ROG | ROG Strix(XG49WCR) | At least as of July 2024 |
| ASUS | Monitor | ROG | ROG Swift 360Hz(PG259QN) | At least as of July 2024 |
| ASUS | Monitor | ROG | ROG Swift OLED(PG27AQDM) | At least as of July 2024 |
| ASUS | Monitor | ROG | ROG Swift OLED(PG32UCDM) | At least as of July 2024 |
| ASUS | Monitor | ROG | ROG Swift OLED(PG32UCDP) | At least as of July 2024 |

## Appendix A - Accused ASUS Products

| Company | Product | Brand | Model | Date Available |
|---|---|---|---|---|
| ASUS | Monitor | ROG | ROG Swift OLED(PG34WCDM) | At least as of July 2024 |
| ASUS | Monitor | ROG | ROG Swift OLED(PG39WCDM) | At least as of July 2024 |
| ASUS | Monitor | ROG | ROG Swift OLED(PG42UQ) | At least as of July 2024 |
| ASUS | Monitor | ROG | ROG Swift OLED(PG48UQ) | At least as of July 2024 |
| ASUS | Monitor | ROG | ROG Swift OLED(PG49WCD) | At least as of July 2024 |
| ASUS | Monitor | ROG | ROG Swift Pro(PG248QP) | At least as of July 2024 |
| ASUS | Monitor | ROG | ROG Swift(PG278QR) | At least as of July 2024 |
| ASUS | Monitor | ROG | ROG Swift(PG279QM) | At least as of July 2024 |
| ASUS | Monitor | ROG | ROG Swift(PG27AQN) | At least as of July 2024 |
| ASUS | Monitor | ROG | ROG Swift(PG27UQR) | At least as of July 2024 |
| ASUS | Monitor | ROG | ROG Swift(PG32UQ) | At least as of July 2024 |
| ASUS | Monitor | ROG | ROG Swift(PG32UQR) | At least as of July 2024 |
| ASUS | Monitor | ROG | ROG Swift(PG32UQX) | At least as of July 2024 |
| ASUS | Monitor | ROG | ROG Swift(PG32UQXR) | At least as of July 2024 |
| ASUS | Monitor | ROG | ROG Swift(PG38UQ) | At least as of July 2024 |
| ASUS | Monitor | ROG | ROG Swift(PG43UQ) | At least as of July 2024 |
| ASUS | Monitor | TUF | TUF Gaming(VG247Q1A) | At least as of July 2024 |
| ASUS | Monitor | TUF | TUF Gaming(VG247QY1A) | At least as of July 2024 |
| ASUS | Monitor | TUF | TUF Gaming(VG249Q) | At least as of July 2024 |
| ASUS | Monitor | TUF | TUF Gaming(VG249Q1A) | At least as of July 2024 |
| ASUS | Monitor | TUF | TUF Gaming(VG249Q1R) | At least as of July 2024 |
| ASUS | Monitor | TUF | TUF Gaming(VG249Q1RY) | At least as of July 2024 |
| ASUS | Monitor | TUF | TUF Gaming(VG249Q3A) | At least as of July 2024 |
| ASUS | Monitor | TUF | TUF Gaming(VG249QL3A) | At least as of July 2024 |
| ASUS | Monitor | TUF | TUF Gaming(VG24VQ) | At least as of July 2024 |
| ASUS | Monitor | TUF | TUF Gaming(VG24VQ1B) | At least as of July 2024 |
| ASUS | Monitor | TUF | TUF Gaming(VG24VQ1BY) | At least as of July 2024 |
| ASUS | Monitor | TUF | TUF Gaming(VG24VQE) | At least as of July 2024 |
| ASUS | Monitor | TUF | TUF Gaming(VG24VQER) | At least as of July 2024 |
| ASUS | Monitor | TUF | TUF Gaming(VG258QM) | At least as of July 2024 |
| ASUS | Monitor | TUF | TUF Gaming(VG259Q3A) | At least as of July 2024 |
| ASUS | Monitor | TUF | TUF Gaming(VG259QM) | At least as of July 2024 |
| ASUS | Monitor | TUF | TUF Gaming(VG259QR) | At least as of July 2024 |
| ASUS | Monitor | TUF | TUF Gaming(VG277Q1A) | At least as of July 2024 |
| ASUS | Monitor | TUF | TUF Gaming(VG277QY1A) | At least as of July 2024 |
| ASUS | Monitor | TUF | TUF Gaming(VG279Q1A) | At least as of July 2024 |
| ASUS | Monitor | TUF | TUF Gaming(VG279Q3A) | At least as of July 2024 |
| ASUS | Monitor | TUF | TUF Gaming(VG279Q3R) | At least as of July 2024 |
| ASUS | Monitor | TUF | TUF Gaming(VG279QL1A) | At least as of July 2024 |
| ASUS | Monitor | TUF | TUF Gaming(VG279QL3A) | At least as of July 2024 |
| ASUS | Monitor | TUF | TUF Gaming(VG279QM) | At least as of July 2024 |
| ASUS | Monitor | TUF | TUF Gaming(VG279QM1A) | At least as of July 2024 |

# Appendix A - Accused ASUS Products

| Company | Product | Brand | Model | Date Available |
|---|---|---|---|---|
| ASUS | Monitor | TUF | TUF Gaming(VG279QMY) | At least as of July 2024 |
| ASUS | Monitor | TUF | TUF Gaming(VG27AQ) | At least as of July 2024 |
| ASUS | Monitor | TUF | TUF Gaming(VG27AQ1A) | At least as of July 2024 |
| ASUS | Monitor | TUF | TUF Gaming(VG27AQ3A) | At least as of July 2024 |
| ASUS | Monitor | TUF | TUF Gaming(VG27AQA1A) | At least as of July 2024 |
| ASUS | Monitor | TUF | TUF Gaming(VG27AQAY1A) | At least as of July 2024 |
| ASUS | Monitor | TUF | TUF Gaming(VG27AQL1A) | At least as of July 2024 |
| ASUS | Monitor | TUF | TUF Gaming(VG27AQL3A) | At least as of July 2024 |
| ASUS | Monitor | TUF | TUF Gaming(VG27AQM1A) | At least as of July 2024 |
| ASUS | Monitor | TUF | TUF Gaming(VG27AQML1A) | At least as of July 2024 |
| ASUS | Monitor | TUF | TUF Gaming(VG27AQZ1A) | At least as of July 2024 |
| ASUS | Monitor | TUF | TUF Gaming(VG27BQ) | At least as of July 2024 |
| ASUS | Monitor | TUF | TUF Gaming(VG27VQ3B) | At least as of July 2024 |
| ASUS | Monitor | TUF | TUF Gaming(VG27VQM) | At least as of July 2024 |
| ASUS | Monitor | TUF | TUF Gaming(VG27VQMY) | At least as of July 2024 |
| ASUS | Monitor | TUF | TUF Gaming(VG27WQ1B) | At least as of July 2024 |
| ASUS | Monitor | TUF | TUF Gaming(VG289Q) | At least as of July 2024 |
| ASUS | Monitor | TUF | TUF Gaming(VG289Q1A) | At least as of July 2024 |
| ASUS | Monitor | TUF | TUF Gaming(VG28UQL1A) | At least as of July 2024 |
| ASUS | Monitor | TUF | TUF Gaming(VG30VQL1A) | At least as of July 2024 |
| ASUS | Monitor | TUF | TUF Gaming(VG328QA1A) | At least as of July 2024 |
| ASUS | Monitor | TUF | TUF Gaming(VG32AQA1A) | At least as of July 2024 |
| ASUS | Monitor | TUF | TUF Gaming(VG32AQAY1A) | At least as of July 2024 |
| ASUS | Monitor | TUF | TUF Gaming(VG32UQA1A) | At least as of July 2024 |
| ASUS | Monitor | TUF | TUF Gaming(VG32VQ1B) | At least as of July 2024 |
| ASUS | Monitor | TUF | TUF Gaming(VG34VQ3B) | At least as of July 2024 |
| ASUS | Monitor | TUF | TUF Gaming(VG34VQEL1A) | At least as of July 2024 |
| ASUS | Monitor | TUF | TUF Gaming(VG34VQL1B) | At least as of July 2024 |
| ASUS | Monitor | TUF | TUF Gaming(VG34VQL3A) | At least as of July 2024 |
| ASUS | Monitor | ZenScreen | ASUS ZenScreen GO(MB16AWP) | At least as of July 2024 |
| ASUS | Monitor | ZenScreen | ASUS ZenScreen OLED(MQ13AH) | At least as of July 2024 |
| ASUS | Monitor | ZenScreen | ASUS ZenScreen OLED(MQ16AH) | At least as of July 2024 |
| ASUS | Monitor | ZenScreen | ASUS ZenScreen OLED(MQ16AHE) | At least as of July 2024 |
| ASUS | Monitor | ZenScreen | ASUS ZenScreen Touch(MB16AHT) | At least as of July 2024 |
| ASUS | Monitor | ZenScreen | ASUS ZenScreen Touch(MB16AMTR) | At least as of July 2024 |
| ASUS | Monitor | ZenScreen | ASUS ZenScreen(MB166C) | At least as of July 2024 |
| ASUS | Monitor | ZenScreen | ASUS ZenScreen(MB16ACVR) | At least as of July 2024 |
| ASUS | Monitor | ZenScreen | ASUS ZenScreen(MB16AHG) | At least as of July 2024 |
| ASUS | Monitor | ZenScreen | ASUS ZenScreen(MB16AHV) | At least as of July 2024 |
| ASUS | Monitor | ZenScreen | ASUS ZenScreen(MB16QHG) | At least as of July 2024 |
| ASUS | Monitor | ZenScreen | ASUS ZenScreen(MB17AHG) | At least as of July 2024 |
| ASUS | Monitor | ZenScreen | ASUS ZenScreen(MB249C) | At least as of July 2024 |

**Appendix A - Accused ASUS Products**

| Company | Product | Brand | Model | Date Available |
|---|---|---|---|---|
| ASUS | Monitor | ZenScreen | ZenScreen Go(MB16AHP) | At least as of July 2024 |
| ASUS | Monitor | ZenScreen | ZenScreen Ink(MB14AHD) | At least as of July 2024 |
| ASUS | Monitor | ZenScreen | ZenScreen Touch(MB16AMT) | At least as of July 2024 |
| ASUS | Monitor | ZenScreen | ZenScreen(MB14AC) | At least as of July 2024 |
| ASUS | Monitor | ZenScreen | ZenScreen(MB166CR) | At least as of July 2024 |
| ASUS | Monitor | ZenScreen | ZenScreen(MB16AC) | At least as of July 2024 |
| ASUS | Monitor | ZenScreen | ZenScreen(MB16ACE) | At least as of July 2024 |
| ASUS | Monitor | ZenScreen | ZenScreen(MB16ACV) | At least as of July 2024 |
| ASUS | Monitor | ZenScreen | ZenScreen(MB16AH) | At least as of July 2024 |
| ASUS | Monitor | ZenScreen | ZenScreen(MB229CF) | At least as of July 2024 |