# APPENDIX D

# US 7,225,282

# US 7,225,282

- Title: Method and apparatus for a tow-wire serial command bus interface


# US 7,225,282

Case 5:24-cv-00126-RWS   Document 1-17   Filed 08/30/24   Page 4 of 19 PageID #: 245

| Claim 1 | VESA DisplayPort Standard v1.2 |
|---|---|
| 1. A method for bi-directional transmission of data between a source and a sink over a two-wire interface comprising: | **1.7 Overview of DisplayPort**<br><br>A DisplayPort link consists of a main link, an auxiliary channel (AUX CH), and a Hot Plug Detect (HPD) signal line.<br><br>As shown in Figure 2-45: DisplayPort Data Transport Channels<br><br>below, the Main Link is a unidirectional, high-bandwidth and low-latency channel used below, the Main Link is a unidirectional, high-bandwidth and low-latency channel used to transport isochronous data streams such as uncompressed video and audio. The auxiliary channel is a half-duplex bidirectional channel used for link management and device control. The HPD signal also serves as an interrupt request by the Sink device.<br><br>In addition, the DisplayPort connector for a box-to-box connection has a power pin for powering either a DisplayPort repeater or a DisplayPort-to-Legacy converter.<br><br>[Figure: Source Device (DisplayPort TX) — Main link (Isochronous streams), AUX CH (Link / Device management), Hot Plug Detect (Interrupt Request) — Sink Device (DisplayPort RX)]<br><br>**Figure 1-1: DisplayPort Data Transport Channels** |

| Claim 1 | VESA DisplayPort Standard v1.2 |
|---|---|
| 1. A method for bi-directional transmission of data between a source and a sink over a two-wire interface comprising: | **2.7　AUX Transaction Syntax in Manchester Transaction Format**<br><br>The syntaxes used for various AUX transactions in Manchester transaction format are described in this section. As described in Section 3.4, the Manchester transaction format uses Manchester-II coding at the nominal bit rate of 1Mbps.<br><br>The AUX CH PHY consists of a single differential pair carrying self-clocking data. All transactions must start with a preamble "SYNC" for synchronizing the Requester (uPacket TX) and the Replier (uPacket TX), and must end with a "STOP" condition. |

| Claim 1 | VESA DisplayPort Standard v1.2 |
|---|---|
| re-mapping a data signal and a clock signal from a first local bus on the source into a different protocol signal; | **2.7 AUX Transaction Syntax in Manchester Transaction Format**<br><br>The syntaxes used for various AUX transactions in Manchester transaction format are described in this section. As described in Section 3.4, the Manchester transaction format uses Manchester-II coding at the nominal bit rate of 1Mbps.<br><br>The following two categories are explained:<br><br>• Native AUX transaction syntax<br>• Syntax for mapping of an $I^2C$ onto AUX transaction called $I^2$C-over-AUX transaction<br><br>The AUX CH PHY consists of a single differential pair carrying self-clocking data. All transactions must start with a preamble "SYNC" for synchronizing the Requester (uPacket TX) and the Replier (uPacket TX), and must end with a "STOP" condition.<br><br>A 4-bit command, COMM3:0, must be transmitted after the preamble, followed by a 20-bit address, ADDR19:0. The DisplayPort capability, status and control functions are directly mapped to the 20-bit address space. In addition, DisplayPort uses these 20 bits to access $I^2$C devices.<br><br>After the transmission of command and address, the data bytes must be transmitted except for Address-only transaction for $I^2$C-over-AUX transaction. Burst data transfer is supported. The burst data size must be limited to a maximum of 16 bytes.<br><br>Bit 3 (msb) of the request command field indicates whether the transaction is a Native AUX transaction or an $I^2$C-over-AUX transaction. |

| Claim 1 | VESA DisplayPort Standard v1.2 |
|---|---|
| re-mapping a data signal and a clock signal from a first local bus on the source into a different protocol signal; | **2.7.5  I²C Bus Transaction Mapping onto AUX Syntax**<br><br>The mapping of an I²C transaction onto the I²C-over-AUX transactions as defined in the DisplayPort Standard is agnostic to the application-specific usage of the I²C data bytes. Neither the uPacket TX nor the uPacket RX must be aware of how each of the data bytes in the I²C transaction is used for a specific I²C application.<br><br>A single I²C transaction may be mapped onto one or multiple I²C-over-AUX transactions to accommodate the bit-rate difference between I²C and AUX CH. How (or whether) to divide an I²C transaction into multiple I²C-over-AUX transactions is specific to the implementation of uPacket TX. For an I²C-over-AUX<br><br>**2.7.5.2  I²C Write Transaction**<br><br>In this section, mapping of an I²C Write transaction onto the AUX transaction(s) is described using an example in which three data bytes are written. An I²C master in the Source device will initiate an I²C Write transaction to an I²C slave in a Sink device via the AUX CH between uPacket TX in the Source device and uPacket RX in the Sink device as shown in Figure 2-88. Three variants of the operation are shown, demonstrating a variety of ways to accomplish the goal of performing an I²C Write transaction.<br><br>Figure 2-88: Examples of AUX CH Bridging Two I²C Buses |

| Claim 1 | VESA DisplayPort Standard v1.2 |
|---|---|
| re-mapping a data signal and a clock signal from a first local bus on the source into a different protocol signal; | ### 2.7.5.2 I²C Write Transaction<br><br>In this section, mapping of an I²C Write transaction onto the AUX transaction(s) is described using an example in which three data bytes are written. An I²C master in the Source device will initiate an I²C Write transaction to an I²C slave in a Sink device via the AUX CH between uPacket TX in the Source device and uPacket RX in the Sink device as shown in Figure 2-88. Three variants of the operation are shown, demonstrating a variety of ways to accomplish the goal of performing an I²C Write transaction.<br><br>I²C Write example 1:<br><br>START▶ 1001000\|0▶ ACK◀ Data0▶ ACK◀ Data1▶ ACK◀ Data2▶ ACK◀ STOP▶<br><br>**Table 2-69: I²C Write Transaction Example 1**<br><br>| | I²C Transaction in the Source Device | AUX Request Transaction by uPacket TX | AUX Reply Transaction by uPacket RX | I²C Transaction in the Sink Device |
|---|---|---|---|---|
| 1 | START▶ 1001000\|0▶ (I²C Write with I²C address = 1001000; I²C clock stretched by uPacket TX before ACK | | | |
| 2 | | ▶ 0100\|0000▶ 0000\|0000▶ 0\|1001000 STOP▶ (Address-only transaction, with MOT = 1 and I²C address = 1001000) | | |
| 3 | | | Wait up to 300μs | START▶ 1001000\|0▶ ACK◀ |
| 4 | | | SYNC◀ 0000\|0000◀ STOP◀ (I²C ACK / AUX ACK) | |
| 5 | ACK◀ Data0▶ (I²C clock stretched by uPacket TX before ACK to Data0) | | | |
| 6 | | ▶ 0100\|0000▶ 0000\|0000▶ 0\|1001000 0000\|0000▶ Data0▶ STOP▶ (MOT = 1, the same I²C address, Length = 1 byte) | | |
| 7 | | | Wait up to 300μs | Data0▶ ACK◀ |
| 8 | | | SYNC◀ 0000\|0000◀ STOP◀ (I²C ACK/AUX ACK) | |
| 9 | ACK◀ Data1▶ (I²C clock stretched by uPacket TX before ACK to Data1) | | | |
| 10 | | ▶ 0100\|0000▶ 0000\|0000▶ 0\|1001000 0000\|0000▶ Data1▶ STOP▶ (MOT = 1, the same I²C address, Length = 1 byte) | | |
| 11 | | | Wait up to 300μs | Data1▶ ACK◀ |
| 12 | | | SYNC◀ 0000\|0000◀ STOP◀ (I²C ACK/AUX ACK) | |
| 13 | ACK◀ Data2▶ (I²C clock stretched by uPacket TX before ACK to Data2) | | | |
| 14 | | ▶ 0100\|0000▶ 0000\|0000▶ 0\|1001000 000▶ Data2▶ STOP▶ (MOT = 1, the same I²C address, Length = 1 byte) | | |
| 15 | | | Wait up to 300μs | Data2▶ ACK◀ |
| 16 | | | SYNC◀ 0000\|0000◀ STOP◀ (I²C ACK / AUX ACK) | |
| 17/18 | ACK◀ STOP▶ | | | |
| | | ▶ 0000\|0000▶ 0000\|0000▶ 0\|1001000 STOP▶ (Address-only transaction with MOT = 0 and the same I²C address, indicating I²C STOP to uPacket RX) | | |
| 19 | | | Wait up to 300μs | STOP▶ |
| 20 | | | SYNC◀ 0000\|0000◀ STOP◀ (I²C ACK / AUX ACK) | | |

| Claim 1 | VESA DisplayPort Standard v1.2 |
|---|---|
| re-mapping a data signal and a clock signal from a first local bus on the source into a different protocol signal; | **2.7.5.3 I²C Read Transaction**<br><br>In this section, the mapping of an I²C read transaction onto AUX transaction(s) is described using two examples in which first example two bytes and in the second example 10 bytes are read. An I²C master in the Source device will initiate an I²C read transaction to an I²C slave in the Sink device via the AUX CH between uPacket TX (in the Source device) and uPacket RX (in the Sink device).<br><br>Example 1: I²C Read of Two Data Bytes<br><br>START▶ 1001000\|1▶ ACK◀ Data0◀ ACK▶ Data1◀ NACK▶ STOP▶<br><br>Table 2-72: I²C Read Transaction Method 1<br><br>[Table showing I²C Transaction in Source Device, AUX Request Transaction by uPacket TX, AUX Reply Transaction by uPacket RX, I²C Transaction in Sink Device across rows 1-15] |

| Claim 1 | VESA DisplayPort Standard v1.2 |
|---|---|
| transmitting the different protocol signal from the source to the sink over the two-wire interface; | **2.7.5.2  I²C Write Transaction**<br><br>In this section, mapping of an I²C Write transaction onto the AUX transaction(s) is described using an example in which three data bytes are written. An I²C master in the Source device will initiate an I²C Write transaction to an I²C slave in a Sink device via the AUX CH between uPacket TX in the Source device and uPacket RX in the Sink device as shown in Figure 2-88. Three variants of the operation are shown, demonstrating a variety of ways to accomplish the goal of performing an I²C Write transaction.<br><br>Figure 2-88: Examples of AUX CH Bridging Two I²C Buses |

| Claim 1 | VESA DisplayPort Standard v1.2 |
|---|---|
| transmitting the different protocol signal from the source to the sink over the two-wire interface; | **2.7.5.2 I²C Write Transaction**<br><br>In this section, mapping of an I²C Write transaction onto the AUX transaction(s) is described using an example in which three data bytes are written. An I²C master in the Source device will initiate an I²C Write transaction to an I²C slave in a Sink device via the AUX CH between uPacket TX in the Source device and uPacket RX in the Sink device as shown in Figure 2-88. Three variants of the operation are shown, demonstrating a variety of ways to accomplish the goal of performing an I²C Write transaction.<br><br>I²C Write example 1:<br><br>START▶ 1001000\|0▶ ACK◀ Data0▶ ACK◀ Data1▶ ACK◀ Data2▶ ACK◀ STOP▶<br><br>Table 2-69: I²C Write Transaction Example 1 |

| Claim 1 | VESA DisplayPort Standard v1.2 |
|---|---|
| transmitting the different protocol signal from the source to the sink over the two-wire interface; | **2.7.5.3 I²C Read Transaction**<br><br>In this section, the mapping of an I²C read transaction onto AUX transaction(s) is described using two examples in which first example two bytes and in the second example 10 bytes are read. An I²C master in the Source device will initiate an I²C read transaction to an I²C slave in the Sink device via the AUX CH between uPacket TX (in the Source device) and uPacket RX (in the Sink device).<br><br>Example 1: I²C Read of Two Data Bytes<br><br>START▶1001000\|1▶ACK◀Data0◀ACK▶Data1◀NACK▶STOP▶<br><br>Table 2-72: I²C Read Transaction Method 1<br><br>| | I²C Transaction in Source Device | AUX Request Transaction by uPacket TX | AUX Reply Transaction by uPacket RX | I²C Transaction in Sink Device |
|---|---|---|---|---|
| 1 | START▶ 1001000\|1▶ (I²C read with I²C address = 1001000; I²C Clock stretched by uPacket TX before ACK) | | | |
| 2 | | SYNC▶0101\|0000▶ 00000000▶0\|1001000▶ STOP▶ (Address-only I²C read with MOT = 1 and I²C address = 100100) | | |
| 3 | | | Wait up to 300µs | START▶ 1001000\|1▶ ACK◀ |
| 4 | | | SYNC◀0000\|0000◀ STOP◀ (I²C ACK / AUX ACK, I²C address is acknowledged) | |
| 5 | ACK◀ (I²C clock stretched by uPacket TX after ACK) | | | |
| 6 | | SYNC▶0101\|0000▶ 00000000▶0\|1001000▶ 0000\|0000▶STOP▶ (I²C read with MOT = 1, same I²C address, and Length = 1 byte) | | |
| 7 | | | Wait up to 300µs | Data0◀ |
| 8 | | | SYNC◀0000\|0000◀ Data0◀ STOP◀ (I²C ACK / AUX ACK, sends Data0) | |
| 9 | Data0◀ACK▶ (I²C clock stretched by uPacket TX after ACK) | | | |
| 10 | | SYNC▶0101\|0000▶ 00000000▶0\|1001000▶ 0000\|0000▶STOP▶ (I²C read with MOT = 1, same I²C address, and Length = 1 byte) | | |
| 11 | | | | ACK▶Data1◀ |
| 12 | | | SYNC◀0000\|0000◀ Data1◀ STOP◀ (I²C ACK / AUX ACK, sends Data1) | |
| 13 | Data1◀NACK▶ STOP▶ | | | |
| 14 | | SYNC▶0001\|0000▶ 00000000▶0\|1001000▶ STOP▶ (Address-only I²C read with MOT = 0 and the same I²C address, indicating the I²C STOP to uPacket RX) | | |
| 15 | | | SYNC◀0000\|0000◀ STOP◀ (I²C ACK / AUX ACK) | NACK▶STOP▶ | |

| Claim 1 | VESA DisplayPort Standard v1.2 |
|---|---|
| transmitting the different protocol signal from the source to the sink over the two-wire interface; | **2.7.7  I²C-overAUX Transaction Clarifications and Implementation Rules**<br><br>This section provides clarifications to I²C-over-AUX implementations. The objective is to eliminate interoperability issues that may be caused by varying interpretations of the specification.<br><br>The syntax of the I²C transactions is very much implementation-dependent. The syntax specification does not assume any fixed I²C transaction syntax in an attempt to make it applicable to any I²C implementation. The I²C master of a uPacket RX in a Sink device will "imitate" the I2C_SCL/ I2C_DAT waveforms of those received by the I²C slave of a uPacket TX in a Source device (with the exception of the timing of I²C clock stretching as described in Section 2.7.7.1.6.8 and Section 2.7.7.2.6 of this document).<br><br>**2.7.7.2  Clarifications for a Sink Device**<br>This section describes the clarifications for a Sink device.<br><br>**2.7.7.2.4  I²C-write-over-AUX**<br>This section describes the permissible replies by a Sink device after receiving an I²C-write-over-AUX request transaction from a Source device. A Sink device must reply with one of the ways as described in this section.<br><br>**2.7.7.2.5  I²C -read-over-AUX**<br>This section describes the permissible replies by a Sink device after receiving an I²C-read-over-AUX request transaction from a Source device. A Sink device must reply with one of the ways as shown in this section. |

| Claim 1 | VESA DisplayPort Standard v1.2 |
|---|---|
| re-mapping the different protocol signal back into the data signal and the clock signal for use on a second local bus on the sink; | **2.7.6   Conversion of I²C Transaction to Native AUX Transaction (Informative)**<br>Conversion of an I²C transaction into a Native AUX transaction by the uPacket TX is implementation-specific and is beyond the scope of this Standard.<br><br>When the mapping of I²C transaction over the AUX CH, the translation of I²C to AUX transaction by the uPacket TX and that of the AUX to the I²C by the uPacket RX must agree with each other. Therefore, the translation mechanism is defined in this Standard.<br><br>**2.7.7   I²C-overAUX Transaction Clarifications and Implementation Rules**<br>This section provides clarifications to I²C-over-AUX implementations. The objective is to eliminate interoperability issues that may be caused by varying interpretations of the specification.<br><br>The syntax of the I²C transactions is very much implementation-dependent. The syntax specification does not assume any fixed I²C transaction syntax in an attempt to make it applicable to any I²C implementation. The I²C master of a uPacket RX in a Sink device will "imitate" the I2C_SCL/ I2C_DAT waveforms of those received by the I²C slave of a uPacket TX in a Source device (with the exception of the timing of I²C clock stretching as described in Section 2.7.7.1.6.8 and Section 2.7.7.2.6 of this document). |

| Claim 1 | VESA DisplayPort Standard v1.2 |
|---|---|
| re-mapping the data signal and the clock signal from the second local bus into the different protocol signal; and | ### 2.7.5 I²C Bus Transaction Mapping onto AUX Syntax

The mapping of an I²C transaction onto the I²C-over-AUX transactions as defined in the DisplayPort Standard is agnostic to the application-specific usage of the I²C data bytes. Neither the uPacket TX nor the uPacket RX must be aware of how each of the data bytes in the I²C transaction is used for a specific I²C application.

A single I²C transaction may be mapped onto one or multiple I²C-over-AUX transactions to accommodate the bit-rate difference between I²C and AUX CH. How (or whether) to divide an I²C transaction into multiple I²C-over-AUX transactions is specific to the implementation of uPacket TX. For an I²C-over-AUX

Table 2-69: I²C Write Transaction Example 1 |

# US 7,225,282

| Claim 1 | VESA DisplayPort Standard v1.2 |
|---|---|
| re-mapping the data signal and the clock signal from the second local bus into the different protocol signal; and | ### 2.7.5 I²C Bus Transaction Mapping onto AUX Syntax<br><br>The mapping of an I²C transaction onto the I²C-over-AUX transactions as defined in the DisplayPort Standard is agnostic to the application-specific usage of the I²C data bytes. Neither the uPacket TX nor the uPacket RX must be aware of how each of the data bytes in the I²C transaction is used for a specific I²C application.<br><br>A single I²C transaction may be mapped onto one or multiple I²C-over-AUX transactions to accommodate the bit-rate difference between I²C and AUX CH. How (or whether) to divide an I²C transaction into multiple I²C-over-AUX transactions is specific to the implementation of uPacket TX. For an I²C-over-AUX<br><br>Table 2-72: I²C Read Transaction Method 1 |

| Claim 1 | VESA DisplayPort Standard v1.2 |
|---|---|
| transmitting the different protocol signal from the sink to the source over the two-wire interface. | **2.7.2 AUX Transaction Response/Reply Time-outs**<br><br>AUX Replier (the uPacket RX) must start sending the reply back to the AUX requester (the uPacket TX) within the response period of 300µs. The timer for Response Time-out starts ticking after the uPacket RX has finished receiving the AUX STOP condition which ends the AUX Request transaction.<br><br>The timer is reset either when the Response Time-out period has elapsed or when the uPacket RX has started to send the AUX Sync pattern (which follows 10 to 16 active pre-charge pulses) for the Reply transaction.<br><br>If the uPacket TX does not receive a reply from the uPacket RX it must wait for a Reply Time-out period of 400us before initiating the next AUX Request transaction. The timer for the Reply Time-out starts ticking after the uPacket TX has finished sending the AUX STOP condition.<br><br>The timer is reset either when the Reply Time-out period elapses or when the uPacket TX detects the first zero in Manchester-II code which is in active pre-charge pulses and AUX Sync pattern of the Reply transaction.<br><br>Figure 2-88: Examples of AUX CH Bridging Two I²C Buses |

| Claim 1 | VESA DisplayPort Standard v1.2 |
|---|---|
| transmitting the different protocol signal from the sink to the source over the two-wire interface. | ### 2.7.5 I²C Bus Transaction Mapping onto AUX Syntax<br><br>The mapping of an I²C transaction onto the I²C-over-AUX transactions as defined in the DisplayPort Standard is agnostic to the application-specific usage of the I²C data bytes. Neither the uPacket TX nor the uPacket RX must be aware of how each of the data bytes in the I²C transaction is used for a specific I²C application.<br><br>A single I²C transaction may be mapped onto one or multiple I²C-over-AUX transactions to accommodate the bit-rate difference between I²C and AUX CH. How (or whether) to divide an I²C transaction into multiple I²C-over-AUX transactions is specific to the implementation of uPacket TX. For an I²C-over-AUX [table image showing I²C Write Transaction Example 1 with columns: I²C Transaction in the Source Device, AUX Request Transaction by uPacket TX, AUX Reply Transaction by uPacket RX, I²C Transaction in the Sink Device] |

# US 7,225,282

| Claim 1 | VESA DisplayPort Standard v1.2 |
|---|---|
| transmitting the different protocol signal from the sink to the source over the two-wire interface. | ## 2.7.5  I²C Bus Transaction Mapping onto AUX Syntax<br><br>The mapping of an I²C transaction onto the I²C-over-AUX transactions as defined in the DisplayPort Standard is agnostic to the application-specific usage of the I²C data bytes. Neither the uPacket TX nor the uPacket RX must be aware of how each of the data bytes in the I²C transaction is used for a specific I²C application.<br><br>A single I²C transaction may be mapped onto one or multiple I²C-over-AUX transactions to accommodate the bit-rate difference between I²C and AUX CH. How (or whether) to divide an I²C transaction into multiple I²C-over-AUX transactions is specific to the implementation of uPacket TX. For an I²C-over-AUX<br><br>Table 2-72: I²C Read Transaction Method 1 |