# APPENDIX E

# US 7,359,437

# US 7,359,437

- Title: Encoding method and system for reducing inter-symbol interference effects in transmission over a serial link



| Claim 41 | VESA DisplayPort Standard v1.2 |
|---|---|
| 41. A method for encoding data for transmission over a serial link, said method including the steps of: | **1.4 Glossary**<br><br>**Table 1-2: Glossary of Terms**<br><br>| Terminology | Definition |<br>|---|---|<br>| Symbol | There are data symbols and control symbols.<br>Data symbols contain 8 bits of data and are encoded into 10-bit data characters via channel coding as specified in ANSI X3.230-1994, clause 11 (abbreviated as "ANSI 8B/10B" in this document) before being transmitted over a link.<br>DisplayPort also defines nine control symbols used to frame data symbols. Control symbols are encoded into nine of the twelve 10-bit special characters of ANSI 8B/10B (called K-codes). |<br><br>**1.7.1 Make-up of the Main Link**<br><br>The Main Link consists of one, two or four AC-coupled, doubly terminated differential pairs (called lanes). AC-coupling facilitates the silicon process migration since the DisplayPort transmitter and receiver may have different common mode voltages.<br>All lanes carry data. There is no dedicated clock channel. The clock is extracted from the data stream itself that is encoded with ANSI 8B/10B coding rule (channel coding specified in ANSI X3.230-1994, clause 11). |

| Claim 41 | VESA DisplayPort Standard v1.2 |
|---|---|
| providing words of input data capable of being encoded as a conventional sequence of code words of a full code word set; | Comment: A full code word set comprise $2^{10}$ = 1024 codewords of 10 bits. A conventional sequence of code words are elements of the full code word set but not included in the robust subset.<br><br>### 2.2.1 Main Stream to Main Link Lane Mapping in the Source Device<br><br><br><br>Figure 2-8: High Level Block Diagram of DP uPacket TX Main Link Data Path<br><br>### 1.4 Glossary<br><br>**Table 1-2: Glossary of Terms**<br><br>| Terminology | Definition |<br>|---|---|<br>| Symbol | There are data symbols and control symbols.<br>Data symbols contain 8 bits of data and are encoded into 10-bit data characters via channel coding as specified in ANSI X3.230-1994, clause 11 (abbreviated as "ANSI 8B/10B" in this document) before being transmitted over a link.<br>DisplayPort also defines nine control symbols used to frame data symbols. Control symbols are encoded into nine of the twelve 10-bit special characters of ANSI 8B/10B (called K-codes). | |

| Claim 41 | VESA DisplayPort Standard v1.2 |
|---|---|
| generating a sequence of selected code words by encoding the input data, wherein each of the selected code words is a member of a robust subset of the full code word set, and the sequence of selected code words is less susceptible to inter-symbol interference during transmission over the link than would be the conventional sequence of code words; | Comments: DC balancing can reduce ISI.<br><br>**1.7.1 Make-up of the Main Link**<br><br>The Main Link consists of one, two or four AC-coupled, doubly terminated differential pairs (called lanes). AC-coupling facilitates the silicon process migration since the DisplayPort transmitter and receiver may have different common mode voltages.<br><br>All lanes carry data. There is no dedicated clock channel. The clock is extracted from the data stream itself that is encoded with ANSI 8B/10B coding rule (channel coding specified in ANSI X3.230-1994, clause 11).<br><br>**3.1.7 Symbol Coding and Serialization/De-serialization**<br><br>The DisplayPort interface uses the ANSI standard 8B/10B[5] as its channel coding scheme to provide symbol-level DC balancing. It also provides high transition density for link clock phase tracking at the receiver. Using this scheme, 8-bit data characters are treated as three bits and five bits mapped onto a 4-bit code group and a 6-bit code group, respectively.<br><br>The control bit in conjunction with the data character is used to identify when to encode one of the Special Symbols included in the 8B/10B transmission code.<br><br>These code groups are concatenated to form a 10-bit symbol.<br><br>As shown in Figure 3-21, ABCDE maps to abcdei and FGH maps to fghj.<br><br>After coding, the ANSI 8B/10B symbols are serialized so that the least significant bit (lsb) is transported first, and the most significant bit (msb) last. |

Table 4–2. Valid Data Code-Groups  (Part 1 of 9)

| Code-Group Name | Octet Value | Octet Bits | Current RD– | Current RD+ |
|---|---|---|---|---|
| | | HGF EDCBA | abcdei fghj | |
| D0.0 | 00 | 000 00000 | 100111 1011 | 011000 1011 |
| D1.0 | 01 | 000 00001 | 011101 0100 | 100010 1011 |
| D2.0 | 02 | 000 00010 | 101101 0100 | 010010 1011 |
| D3.0 | 03 | 000 00011 | 110001 1011 | 110001 0100 |
| D4.0 | 04 | 000 00100 | 110101 0100 | 001010 1011 |
| D5.0 | 05 | 000 00101 | 101001 1011 | 101001 0100 |
| D6.0 | 06 | 000 00110 | 011001 1011 | 011001 0100 |
| D7.0 | 07 | 000 00111 | 111000 1011 | 000111 0100 |

Table 4–2. Valid Data Code-Groups  (Part 2 of 9)

| Code-Group Name | Octet Value | Octet Bits | Current RD– | Current RD+ |
|---|---|---|---|---|
| | | HGF EDCBA | abcdei fghj | |
| D8.0 | 08 | 000 01000 | 111001 0100 | 000110 1011 |
| D9.0 | 09 | 000 01001 | 100101 1011 | 100101 0100 |
| D10.0 | 0A | 000 01010 | 010101 1011 | 010101 0100 |
| D11.0 | 0B | 000 01011 | 110100 1011 | 110100 0100 |
| D12.0 | 0C | 000 01100 | 001101 1011 | 001101 0100 |
| D13.0 | 0D | 000 01101 | 101100 1011 | 101100 0100 |
| D14.0 | 0E | 000 01110 | 011100 1011 | 011100 0100 |
| D15.0 | 0F | 000 01111 | 010111 0100 | 101000 1011 |
| D16.0 | 10 | 000 10000 | 011011 0100 | 100100 1011 |
| D17.0 | 11 | 000 10001 | 100011 1011 | 100011 0100 |
| D18.0 | 12 | 000 10010 | 010011 1011 | 010011 0100 |
| D19.0 | 13 | 000 10011 | 110010 1011 | 110010 0100 |
| D20.0 | 14 | 000 10100 | 001011 1011 | 001011 0100 |
| D21.0 | 15 | 000 10101 | 101010 1011 | 101010 0100 |
| D22.0 | 16 | 000 10110 | 011010 1011 | 011010 0100 |
| D23.0 | 17 | 000 10111 | 111010 0100 | 000101 1011 |
| D24.0 | 18 | 000 11000 | 110011 0100 | 001100 1011 |
| D25.0 | 19 | 000 11001 | 100110 1011 | 100110 0100 |
| D26.0 | 1A | 000 11010 | 010110 1011 | 010110 0100 |
| D27.0 | 1B | 000 11011 | 110110 0100 | 001001 1011 |
| D28.0 | 1C | 000 11100 | 001110 1011 | 001110 0100 |
| D29.0 | 1D | 000 11101 | 101110 0100 | 010001 1011 |
| D30.0 | 1E | 000 11110 | 011110 0100 | 100001 1011 |
| D31.0 | 1F | 000 11111 | 101011 0100 | 010100 1011 |
| D0.1 | 20 | 001 00000 | 100111 1001 | 011000 1001 |
| D1.1 | 21 | 001 00001 | 011101 1001 | 100010 1001 |
| D2.1 | 22 | 001 00010 | 101101 1001 | 010010 1001 |
| D3.1 | 23 | 001 00011 | 110001 1001 | 110001 1001 |
| D4.1 | 24 | 001 00100 | 110101 1001 | 001010 1001 |
| D5.1 | 25 | 001 00101 | 101001 1001 | 101001 1001 |
| D6.1 | 26 | 001 00110 | 011001 1001 | 011001 1001 |
| D7.1 | 27 | 001 00111 | 111000 1001 | 000111 1001 |
| D8.1 | 28 | 001 01000 | 111001 1001 | 000110 1001 |

Table 4–2. Valid Data Code-Groups  (Part 3 of 9)

| Code-Group Name | Octet Value | Octet Bits | Current RD– | Current RD+ |
|---|---|---|---|---|
| | | HGF EDCBA | abcdei fghj | |
| D9.1 | 29 | 001 01001 | 100101 1001 | 100101 1001 |
| D10.1 | 2A | 001 01010 | 010101 1001 | 010101 1001 |
| D11.1 | 2B | 001 01011 | 110100 1001 | 110100 1001 |
| D12.1 | 2C | 001 01100 | 001101 1001 | 001101 1001 |
| D13.1 | 2D | 001 01101 | 101100 1001 | 101100 1001 |
| D14.1 | 2E | 001 01110 | 011100 1001 | 011100 1001 |
| D15.1 | 2F | 001 01111 | 010111 1001 | 101000 1001 |
| D16.1 | 30 | 001 10000 | 011011 1001 | 100100 1001 |
| D17.1 | 31 | 001 10001 | 100011 1001 | 100011 1001 |
| D18.1 | 32 | 001 10010 | 010011 1001 | 010011 1001 |
| D19.1 | 33 | 001 10011 | 110010 1001 | 110010 1001 |
| D20.1 | 34 | 001 10100 | 001011 1001 | 001011 1001 |
| D21.1 | 35 | 001 10101 | 101010 1001 | 101010 1001 |
| D22.1 | 36 | 001 10110 | 011010 1001 | 011010 1001 |
| D23.1 | 37 | 001 10111 | 111010 1001 | 000101 1001 |
| D24.1 | 38 | 001 11000 | 110011 1001 | 001100 1001 |
| D25.1 | 39 | 001 11001 | 100110 1001 | 100110 1001 |
| D26.1 | 3A | 001 11010 | 010110 1001 | 010110 1001 |
| D27.1 | 3B | 001 11011 | 110110 1001 | 001001 1001 |
| D28.1 | 3C | 001 11100 | 001110 1001 | 001110 1001 |
| D29.1 | 3D | 001 11101 | 101110 1001 | 010001 1001 |
| D30.1 | 3E | 001 11110 | 011110 1001 | 100001 1001 |
| D31.1 | 3F | 001 11111 | 101011 1001 | 010100 1001 |
| D0.2 | 40 | 010 00000 | 100111 0101 | 011000 0101 |
| D1.2 | 41 | 010 00001 | 011101 0101 | 100010 0101 |
| D2.2 | 42 | 010 00010 | 101101 0101 | 010010 0101 |
| D3.2 | 43 | 010 00011 | 110001 0101 | 110001 0101 |
| D4.2 | 44 | 010 00100 | 110101 0101 | 001010 0101 |
| D5.2 | 45 | 010 00101 | 101001 0101 | 101001 0101 |
| D6.2 | 46 | 010 00110 | 011001 0101 | 011001 0101 |
| D7.2 | 47 | 010 00111 | 111000 0101 | 000111 0101 |
| D8.2 | 48 | 010 01000 | 111001 0101 | 000110 0101 |
| D9.2 | 49 | 010 01001 | 100101 0101 | 100101 0101 |

| Claim 41 | VESA DisplayPort Standard v1.2 |
|---|---|
| generating bursts of encoded control words by encoding control bits; and | **1.4 Glossary**<br><br>**Table 1-2: Glossary of Terms**<br><br>| Terminology | Definition |<br>|---|---|<br>| Symbol | There are data symbols and control symbols.<br>Data symbols contain 8 bits of data and are encoded into 10-bit data characters via channel coding as specified in ANSI X3.230-1994, clause 11 (abbreviated as "ANSI 8B/10B" in this document) before being transmitted over a link.<br>DisplayPort also defines nine control symbols used to frame data symbols. Control symbols are encoded into nine of the twelve 10-bit special characters of ANSI 8B/10B (called K-codes). |<br><br>**3.1.7 Symbol Coding and Serialization/De-serialization**<br><br>The DisplayPort interface uses the ANSI standard 8B/10B[5] as its channel coding scheme to provide symbol-level DC balancing. It also provides high transition density for link clock phase tracking at the receiver. Using this scheme, 8-bit data characters are treated as three bits and five bits mapped onto a 4-bit code group and a 6-bit code group, respectively.<br><br>The control bit in conjunction with the data character is used to identify when to encode one of the Special Symbols included in the 8B/10B transmission code.<br><br>These code groups are concatenated to form a 10-bit symbol.<br><br>As shown in Figure 3-21, ABCDE maps to abcdei and FGH maps to fghj.<br><br>After coding, the ANSI 8B/10B symbols are serialized so that the least significant bit (lsb) is transported first, and the most significant bit (msb) last. |

| Claim 41 | VESA DisplayPort Standard v1.2 |
|---|---|
| transmitting over the link a first burst of the encoded control words between a first burst of the video code words and the burst of the selected code words, and a second burst of the encoded control words between the burst of the selected code words and a second burst of the video code words. | <br>2.2.1 Main Stream to Main Link Lane Mapping in the Source Device<br><br>The Main Link must have one, two, or four lanes, with each lane capable of transporting eight bits of data per link symbol clock (LS_Clk). Main stream data (the uncompressed video stream) must be packed, stuffed, framed and, optionally, multiplexed with secondary-data and inter-lane skewed before it is handed over to the PHY layer after the Link Layer data mapping for transport over the main link. The stream data must enter the link layer at the original stream clock (Strm_Clk) rate and must be delivered to the PHY layer at the LS_Clk rate after this mapping.<br><br>Figure 2-10: Main Video Stream Data Packing Example for a Four Lane Main Link     Figure 2-14: Secondary-Data Insertion |